UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| YOLANDA C. GIBSON-MICHAELS, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO. 1:06CV01938 (RMU) |
| | : | |
| SHEILA C. BAIR, et al. | : | |
| | : | |
| Defendants. | : | |

### DEFENDANTS' LOCAL CIVIL RULE 7.1 CERTIFICATION

As required by Local Civil Rule 7.1, I, the undersigned counsel of record for Defendant Securiguard, Inc. and for Defendant "USEC Corporation"[1] hereby certifies that, to the best of his knowledge and belief, neither corporation has any parent companies, subsidiaries or affiliates with outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

Respectfully submitted,

_____/s/_____
Scott D. Helsel (DC Bar No. 455763)
WALTON & ADAMS, P.C.
1924 Isaac Newton Square
Suite 250
Reston, VA 20190
(703) 790-8000 (voice)
(703) 790-8016 (fax)

*Counsel for Securiguard, Inc. and USEC Corporation*

---

[1] The proper name of "USEC Corporation" is USEC Service Corporation.

## CERTIFICATE OF SERVICE

I hereby certified that I caused a true and correct copy of this document to be served by ECF for all counsel of record and by first class mail, postage prepaid, on each of the following on this 27th day of December 2006:

>Yolanda C. Gibson-Michaels, *Pro Se*
>2210 Anvil Lane
>Temple Hills, MD 20748

>_____/s/_____
>Scott D. Helsel