UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| YOLANDA C. GIBSON-MICHAELS, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 06-1938 (RMU) |
| SECURIGUARD INCORPORATION *et al.*, | : | |
| Defendants. | : | |

### ORDER

Defendants Securiguard Incorporation and USEC Corporation have filed motions to dismiss. The plaintiff is proceeding *pro se*. The court will rule on the defendants' motions taking into consideration the facts proffered by the plaintiff in his complaint, along with his response or opposition to the motion, and the entire record of the case. If the plaintiff fails to respond to this motion, the court may assume that the motions are conceded and may grant the motions and dismiss the case. *See Fox v. Strickland*, 837 F.2d 507, 509 (D.C. Cir. 1988). Accordingly, it is this 5th day of January, 2007, hereby

**ORDERED** that the plaintiff shall respond to the defendants' motions [5][6] within 30 days of this order.

RICARDO M. URBINA
United States District Judge