RECEIVED
U.S. DISTRICT COURT
OF COLUMBIA
FEB 12 01 7:02

MAYER-WHITTINGTON
CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

YOLANDA C. GIBSON-MICHAELS )
    Plaintiff, )
     )
    v. ) Civil Action No.**1:06CV01938**
     )
SHELA C. BAIR, et.al. )
    Defendants )

**RECEIVED**

FEB 1 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## PLAINTIFFS' OPPOSITION TO DEFENDANTS' LOCAL RULE 7.1 CERTIFICATION

COMES NOW, Yolanda C. Gibson-Michaels (prose), Plaintiff in the above-entitled action, and files an **Opposition to Defendant's Local Rule 7.1 Certification** submitted by Attorney Scott D. Helsel, Counsel of record for Defendant's Securiguard, Inc. and For Defendant's USEC Corporation. In support thereof, Plaintiff states the following:

## I.    SECURIGUARD CEO – PATRICIA DEL MARVIL

Plaintiff submits to this Honorable Court evidence that Patricia Del Marvil, CEO Securiguard is also on the Board of Directors and Founder of Security One Bank formerly Whidbey Island Bank, formerly The Washington Bank. On **August 5, 2005**, the Washington Bank announced that it received subscriptions from **265 investors** for an aggregate of 1,100,061 share of its common stock, representing capital commitments of $11,000,610. Stock offers reached a goal of well over **$15 million dollars**.

Patricia Del Marvil, CEO Securiguard and subcontractor to USEC Services Corporation contract with the Federal Deposit Insurance Corporation (FDIC) is also on the Board of Directors of Security One Bank and Founder.

On February 23, 2006, **Security One Bank** was approved deposit insurance by the Federal Deposit Insurance Corporation (FDIC) named Defendant in this case whom solicited Security contracts with USEC Services Corporation and Securiguard.

Patricia Del Marvil, CEO Securiguard and Board of Director of **Security One Bank insured by FDIC (hereafter Defendants)** announced that: **"We raised more than $15 million dollars in capital, exceeding its maximum, so that we were required to return the excess funds to investors."**

## II.    **USEC SERVCIES CORPORATION – DAVID DEL MARVIL**

Plaintiff provided evidence before this Honorable Court that USEC Services Corporation, CEO, David L. Marvil is also the Co-owner of Securiguard contract.  The Co-owner (David L. Marvil) subcontracts with his own company (Securiguard – Patricia Del Marvil) which is beyond "conflict of interest"

USEC Services Corporation  does business under the alias of **Commerce Funding Corporation** which does business with Wells Fargo Bank.  Commerce Funding Corporation in affiliation with Wells Fargo Bank merged.  Wells Fargo, Commerce Funding, Security One Bank, Whidbey Island Bank, and the Washington Bank has parent companies, subsidiaries and affiliates throughout the United States and Foreign Countries.

Plaintiff asserts representations made by Counsel **Scott D. Helsel** are not accurate.  Judges of this Court may inadvertently encountered "Conflict of Interest" violations of Ethics, and may be required to recluse themselves from presiding or issuing a ruling on behalf of Plaintiff.

Plaintiff request that Patricial Del Marvil, CEO Securiguard, David L. Marvil, CEO, USEC Services Corporation and Co-Owner and Treasurer to Securiguard in which Mr. Marvil subcontracts as the Co-owner of his own company (Securiguard) aka Wells Fargo, Commerce Funding, Security One Bank, Whidbey Island Bank, and the Washington Bank are **Court ordered by an issuance of a subpoena** to immediately provide . to this Honorable Court for review, a listing of **all investors**, **Security Exchange Commission (SEC) financial statements**, **filings** from years **1990 to 2007**, **listing of all its Parent companies**, **subsidiaries** and **affiliates** throughout the United States and Foreign Countries.

Patricia Del Marvil, CEO, Securiguard and Board of Director (Founder) of Security One Bank former Washington Bank confirmed that: **"We raised more than $15 million dollars in capital, exceeding its maximum, so that we were required to return the excess funds to investors."** **(See Exhibit A)**

Plaintiff provided to this Honorable Court evidence that Defendant Douglas R. Fahey (unlicensed) Securiguard contractor was not employed by USEC Services Corporation contract. <u>USEC Services Corporation</u> (Defendant) confirmed that Douglas R. Fahey was not an employee. Defendant Douglas R. Fahey was paid by both **Securiguard** and **USEC Services** contracts by which he received kick backs, unjust enrichment, paid under both Securiguard and USEC Services contracts.

Plaintiff request that Defendants are ordered to provide a listing of investors, statements, SEC filings, and documentation of all investors whom benefited from the receipt of return of excess funds to determine whether or not any Judges within the U.S. District Court may have to recuse themselves from presiding over Plaintiff claims against the Federal Deposit Insurance Corporation (FDIC), Securiguard, USEC Services Corporation, et.al.

## III.    DEFENDANTS' MOTION TO DISMISS IS MOOT

A motion to dismiss under Rule 12(b) (6) should be granted only if it appears beyond doubt that "no relief could be granted under any set of facts that could be proved consistent with the allegations." H.J., Inc. v. Northwestern Bell Tel. Co., 492 U.S. 229, 249-50 (1989).

Courts have ruled that the issue on a motion to dismiss "is not whether . . . plaintiff will ultimately prevail but whether the claimant is entitled to offer evidence to support the claims in which all allegations within her Complaint must be taken as true. See Scheuer, 416 U.S. at 236.

Plaintiffs' complaint provides sufficient information to entitle her to pursue claims. Respectfully, Defendants' Motion to Dismiss must be denied to allow Plaintiff's constitutional right to pursue her claims the discovery phase.

Plaintiff has more than sufficiently demonstrated that her claims under the Administrative Procedure Act, 5 U.S.C. § 702 et seq. ("APA"), the Fifth Amendment to the United States Constitution and her assertion of a constitutional right to privacy, all survive.

4

Douglas Fahey (unlicensed) investigator is a former contract employee simultaneously employed, paid, and contracted with Securiguard, Inc. and USEC Services Corporation contracts while employed at the Federal Deposit Insurance Corporation (hereafter "FDIC) under purchase order P.O. 0300303 Effective Date 9/3/03. Securiguard is also registered as a **Foreign Profit Corporation** under CT Corporation System FEI Number 541189694 filed on 6/20/2005.

Both contracts were only authorized by the General Services Administration (GSA) to provide **Security Guard Services** at the Federal Deposit Insurance Corporation (FDIC) in the District of Columbia and Virginia.

USEC Corporation is the **prime contractor** operating under a **subcontract** with Securiguard. Securigaurd was incorporated in the Commonwealth of Virginia in January 1982. Patricia DeL. Marvil is Chairman/CEO and Secretary and David L. Marvil, CPP, is President and Treasurer. The Corporate headquarters of Securiguard is located at 6858 Old Dominion Drive, Suite 307, McLean, Virginia 22101.

Securiguard and USEC Corporation alias **Commerce Funding Corporation** (hereafter "CFC") is registered as doing business as a **Commerce Funding Services** confirmed by the General Services Administration (GSA) as operating under the a task order work number **99-00086-C-J3** not a contract.

FDICs EEO investigator Barry Cohen provided evidence that Douglas R. Fahey was not employed by Securiguard. Metropolitan Police provided evidence that Fahey was unlicensed. DOJ criminal Division provided evidence that Fahey did not have a court order to engage into a warrantless interception of Plaintiff's oral communication. (**See Exhibit B**).

**ARGUMENT**

"A motion to dismiss for failure to state a claim upon which relief can be granted is generally viewed with disfavor and rarely granted." Doe v. United States Dept. of Justice, 753 F.2d 1092, 1102 (D.C.Cir. 1985).

For the purposes of such a motion, the facts alleged in the complaint must be accepted as true, and all factual inferences, ambiguities or doubts concerning the sufficiency of a claim are to be drawn in the plaintiff's favor. See Scheuer v. Rhodes, 416 U.S. 232, 236 (1979) 753 F.2d at 1102.

The plaintiffs' prospects for retirement, employment, and reinstatement into the Federal Government after 25 years of sustained outstanding Federal services since 1981 have been irreparably harmed because of the defendants' malicious and outrageous conduct and actions while falsely acting under the color of law. Defendants' tactics were Orwellian in nature, unconstitutional, impermissible by statute and not in accordance to the rules of law.

**Whereas**, Plaintiffs has demonstrated that she is legally entitled to proceed with her complaint before this Honorable Court, and request that his Honorable Court **subpoena financial filings of named defendants** to rule out conflict of interest and the possibility of a Judge that may have to recluse him or herself from presiding over claims before this Honorable Court.

Respectfully submitted,

Yolanda C. Gibson-Michaels (prose)
2210 Anvil Lane
Temple Hills, Maryland  20748

6

(301) 630-5062

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **12th day of February 2007**, a copy of the

foregoing Plaintiffs' Opposition to Defendants' Local Civil Rule was *sent to yew*

Defendants and mailed by Certified Mail to the following:


David Zachary Kaufman, Esq.
Kaufman Law Firm, A Professional Corporation
11350 Random Hills Road – Suite 800
Fairfax, Virginia 22030
Counsel for Defendants Securiguard, Inc.
  and USEC Corporation

Scott D. Helsel (D
Walton & Adams, PC
1924 Isaac Newton Square
Reston, Virginia 20190


Shelia C. Bair
Federal Deposit Insurance Corporation (FDIC)
550 17th Street, N.W. MB-6029
Washington, D.C. 20429

Tina Lamoreaux, Counsel
Federal Deposit Insurance Corporation (FDIC)
3501 North Fairfax Drive
Arlington, Virginia 22226

Jenekia J. Johnson, Prose Defendant
1414 Colony Road
Oxon Hill, Maryland 20748

Douglas R. Fahey
3716 Dalebrook Drive
Dumfries, Virginia 22015-1804

Patricia Del Marvil
Chairman CEO
Securiguard Incorporation
6858 Old Dominion Drive – Suite 307
McLean, Virginia 22101

7

David L. Marvil
Chairman CEO
USEC Corporation
7531 Leesburg Pike – Suite 402
Falls Church, Virginia 22101

Robert Feldman, Executive Secretary
Federal Deposit Insurance Corporation
550 17th Street, N.W.
Washington, D.C. 20429

Mr. Wan Kim
Assistant Attorney General
Civil Rights Division
Office of the Assistant Attorney General
Civil Rights Division
950 Pennsylvania Avenue, NW
Washington, DC 20530

Claire Whitaker
Assistant U.S. Attorney
555 4th Street, N.W. Room E-4204
Washington, D.C. 20530

Jeffery A. Taylor
Assistant U.S. Attorney
555 4th Street, N.W. Room E-4204
Washington, D.C. 20530

Rudolph Contreras
Assistant U.S. Attorney
555 4th Street, N.W. Room E-4204
Washington, D.C. 20530



Ex. A

About Whidbey Island Bank Investment Products and Services

## About Us

**In** 1960, a group of Whidbey Island business people saw a need for a locally owned, independent bank that would serve the people of the community. That was the beginning of Whidbey Island Bank.

It opened a short time later with one office in Coupeville and a determination to provide the best possible service to each and every customer. And that determination continues today.



We now have eighteen branches, with over 250 employees, serving over 20,000 individuals, families and businesses on Whidbey Island, Camano Island, Skagit, Whatcom and Snohomish Counties. We provide a full range of personal and business banking services, and to this day, continue to give every customer the best service we possibly can. And we still make all our decisions locally -- right here in Western Washington.

About Us | Personal Banking | Business Banking | Online Banking
Reach Us | Investment Accounts | Investor Relations | Don't Miss This
Privacy Policy | Code Of Conduct




**Member FDIC**  Whidbey Island Bank

Equal Housing Lender

© 1999, Whidbey Island Bank, All Rights Reserved

for merly Security One Bank



## The Washington Bank

**FOR IMMEDIATE RELEASE**

## THE WASHINGTON BANK (IN ORGANIZATION) EXCEEDS MINIMUM CAPITAL GOAL; PREPARES TO FILE CHARTER APPLICATION

Arlington, VA, August 5, 2005. The Washington Bank (in organization) (TWB) announced today that it has received subscriptions from 265 investors for an aggregate of 1,100,061 share of its common stock, representing capital commitments of $11,000,610. The stock offering has been extended two months from its original expiration date of July 31, 2005, until September 30, 2005, with a goal of reaching the offering maximum of $15 million. In the event the offering is over-subscribed during this period, the order in which subscriptions are received will be an important factor in deciding which subscriptions to accept.

Having obtained the minimum number of subscriptions, TWB intends to file its bank charter application with the Virginia Bureau of Financial Institutions by the end of August, which will put it on track to open the bank during the first quarter of 2006.

William Soza, Chairman of the Board, said: "We are extremely grateful for the support our investors have shown in our business model. In just over two months, we have exceeded our minimum subscription requirement and are very confident of reaching our goal of $15 million. It has been most gratifying that the participation in our offering has come from such a diverse cross section of the community, and it speaks to a very bright future for The Washington Bank."

The Washington Bank will be a full-service community bank based in Northern Virginia. It will be the first commercial bank in the greater Washington metropolitan area that will have as its major focus to serve the growing Hispanic community. Due to the rapidly expanding Hispanic population, its accelerating purchasing power, and its underserved characteristics, the Pew Hispanic Center estimates that 70% of new U. S. financial services growth is expected to come from the Hispanic market over the next five years.

**Forward looking Statements:** This press release contains forward looking statements including statements of goals, intentions, and expectations as to future plans and events. These statements are based upon current and anticipated conditions, competitive factors and other conditions which by their nature, are not susceptible to

accurate forecast and are subject to significant uncertainty. Because of these uncertainties, actual future events may differ materially from those indicated herein. Readers are cautioned against placing undue reliance on any such forward-looking statements.

For further information contact:

Carl E. Dodson
(571) 334-3808

Jorge E. Figueredo
(703) 963-1888

Web Site:  www.thewashingtonbank.com
Email:  development@twabank.com

# Security One Bank
# Charter Approval and New Name
### (Formerly "The Washington Bank")

**Fairfax, County, Virginia, February 23, 2006** – Security One Bank (in organization) announced today that the Federal Reserve has approved its application for membership in the Federal Reserve System. Together with the Federal Deposit Insurance Corporation's (FDIC's) approval of its deposit insurance application, and the Virginia State Corporation Commission's issuance of a Certificate of Authority to begin business, Security One Bank has now fulfilled all regulatory approval requirements for opening.

The Bank has also successfully concluded its offering of stock to the public. "We appreciate the overwhelming response from the community to our offering and the confidence shown in us," said William Soza, Chairman of the 14 member of Board of Directors. "We raised more than $15 million in capital, exceeding our maximum, so that we were required to return the excess funds to investors."

"We have chosen the name **Security One Bank**, and we are very pleased with the choice we made," Soza continued. "We believe that it will continue to reflect our mission and serve our shareholders and customers well."

When the former name, "The Washington Bank," was challenged by a competing bank, claiming the name was confusingly similar to theirs, The Washington Bank's Board of Directors determined that it was in the best interest of its shareholders to change its name, and thereby avoid an extended delay in obtaining regulatory approvals to open the bank. "By changing the name, we were able to continue on track in achieving our goal of opening the bank by the end of April of 2006," said Carl Dodson, President and Chief Executive Officer of the bank.

Security One Bank's first branch and headquarters will be located at 5860 Columbia Pike, Falls Church, VA 22041. "We are extremely excited to have found such a great location for the bank, since 33.8% of the population identified by the US Census Bureau that lives in this zip code is of Hispanic origin," said Jorge Figueredo, Executive Vice President and Chief Development Officer of the Bank. Figueredo added, "The bank will operate as a traditional community bank in Northern Virginia, serving all small businesses and consumers, but our special focus will be the underserved Hispanic market." The substantial growth of the Hispanic population and the small, closely-held businesses owned or operated by Hispanics in Northern Virginia is compelling. Yet, there has been no community bank, until now, that has responded to the opportunities to serve the growing Hispanic consumer and business population in this region.

Now that all regulatory approvals have been obtained, the Board of Directors can continue with the other necessary components of the final stage of the organization process of the bank, including completion of its first bank facility and finalizing the hiring of highly competent and professional employees. [Security One Bank expects to be able to announce the date of its Grand Opening in the very near future.]

The Board of Directors is comprised of Mr. Allan Algoso, Mr. Philip W. Allin, Mr. J. Fernando Barrueta, Mr. Philip R. Chase, Mr. Carl Dodson, Mr. Jorge E. Figueredo, Mr. Jose "Pepe" Figueroa, Mr. Ronald Gordon, Ms. Patricia DeL. Marvil, Mr. Kurt Pfluger, Ms. Lillian Rios, Mr. Jacques Romain, Mr. Michael Ryan, and Mr. William Soza. Additional information regarding the organizers is included in an addendum to this release.

\*\*\*

For further information contact:    Carl Dodson
Phone: (703) 998-5004
Fax: (703) 998-5006
Email: cdodson@s1bank.com

**The Washington Bank**

(In Organization)

## PRESS RELEASE
## FOR IMMEDIATE RELEASE

### THE WASHINGTON BANK ANNOUNCES KICKOFF OF ORGANIZATION CAMPAIGN
### New Community Bank to Cater to Growing Hispanic Community in the Greater Washington Area

Fairfax, Virginia, April 7, 2005 Will Soza, Chairman of the Organization Committee of The Washington Bank, a Virginia chartered commercial bank in the process of organization announced the formal kickoff of the organization efforts for the new community bank, which will be headquartered in the vicinity of Bailey's Crossroads, Virginia. The new bank will operate as a traditional community bank in the Northern Virginia market, but will also seek to reach out and cater to the burgeoning Hispanic population in that market area. The commencement of the organization activity will be celebrated at an invitation only reception on Thursday, April 7, at which the featured speaker will be The Honorable Hector V. Barreto, J.R. Administrator of the Small Business Administration.

Mr. Soza said that the past several months have been spent putting together a group of successful business and community leaders, and that they were now ready to formally commence the organization effort and to introduce the organizing group. The organizing group is comprised of Mr. Allan Algoso, Mr. J. Fernando Barrueta, Mr. Philip R. Chase, Mr. Jorge E. Figueredo, Mr. Jose "Pepe" Figueroa, Mr. Ronald Gordon, Ms. Patricia DeL. Marvil, Mr. Kurt Pfluger, Ms. Lillian Rios, Mr. Michael Ryan, and Mr. William Soza. Additional information regarding the organizers is included in an addendum to this release.

"We believe that there is room for another community bank catering to small and medium sized businesses in Northern Virginia, and we especially believe that a bank with an Hispanic character will be extremely welcomed in this market", Mr. Soza said. "We plan to serve the entire community. However, as many of our organizers are of Hispanic background and have a deep, personal understanding of Hispanic culture in the U.S., as well as being actively involved in Hispanic organizations in Northern Virginia, we think their insights into the needs of the Hispanic population will be of tremendous importance to the success of the bank."

The U.S. Census Bureau identifies Hispanics as the largest minority group in the United States, with 39,194,837 people comprising 14% of the country's total population. Northern Virginia is home to the DC region's largest Hispanic settlement, where Hispanics comprise 19% of the population of Arlington County, 15% of the City of Alexandria, 14.5% of Prince William County, 6% of Loudoun County and 12% of Fairfax County, for a total of 233,657 individuals. This is 61.6% of the 379,423 Hispanics residing in the Commonwealth. According to the University of Georgia's Selig Center for Economic Growth the buying power of Hispanics in Virginia is $8 billion, and approximately $15.4 billion across the DC metropolitan region. Finally, the estimated buying power of Hispanics living in Arlington County, the City of Alexandria, Prince William County, Loudoun County and Fairfax County is $4.9 billion.

Now that the organizing group is complete, the group can continue with the other necessary components of the organization, including raising capital and then filing applications for regulatory approvals. [The Washington Bank expects to be able to announce appointment of senior officers shortly.]

•••

For further information contact: Jorge E. Figueredo
    Phone: (703) 963-1888
    Fax: (703) 526-0879
    Email: development@twabank.com

2000 N. 14th Street, Suite 400 Arlington, VA 22201
(703) 963-1888 Fax: (703) 526-0879
TWB 05/30/05

*Allan Algoso.* For over 40 years, Mr. Algoso has been involved in the design and management of telecommunications and information systems. In 1986, he formed TWD & Associates in Alexandria, Virginia, as a technical and operational support company. In 2003, Mr. Algoso relinquished his position as the President and CEO of TWD & Associates when it became an employee-owned company. Mr. Algoso remains Chairman. Prior to 1986, Mr. Algoso spent 20 years on active duty in the U.S. Marine Corps and is a Vietnam veteran. He holds a Bachelor of Arts degree in International Affairs and a Master of Science degree in Telecommunications Management, both earned from The George Washington University.

*J. Fernando Barrueta.* Since December 1, 2001, Mr. Barrueta has served as President and Chief Executive Officer of the Hispanic College Fund, Washington, D.C., a 501(c)(3) non-profit organization that raises scholarship funds for low income, high GPA Hispanic college students nationally. From 1996 to 2001, he served as Chairman of the Executive Committee of Transwestern Carey Winston, Washington, D.C., a commercial real estate firm that engages in real estate brokerage, development, management, and sales. Mr. Barrueta also founded and chaired another commercial and real state firm, Barrueta and Associates. Mr. Barrueta earned a Bachelor of Science degree in Biology from Georgetown University, Washington, D.C.

*Philip R. Chase.* Mr. Chase is a senior manager and Director of Stanley Associates, an information technology and professional services firm located in Alexandria, Virginia. Prior to that, he was an owner, officer, and CFO of CCI, Incorporated, a minority owned, professional services government contractor acquired by Stanley in 2003. Mr. Chase has a Bachelor of Science degree from Pennsylvania State University and a Master of Business Administration degree from The George Washington University. He has worked in the banking industry in a lending and risk management capacity for approximately 7 years. Born in Chile, Mr. Chase resides in Alexandria and is actively involved in the Latino Economic Development Corporation, a D.C.-based non-profit, as a member of the Board of Directors and head of the Lending/Credit Committee.

*Jorge E. Figueredo.* Since April 2000, Mr. Figueredo has served as the Executive Director of the Hispanic Committee of Virginia, Falls Church, Virginia, a 501(c)(3) non-profit organization that collaborates with local governments, national organizations, foundations, corporations, and elected officials to fund social services for Hispanic and non-Hispanic immigrants in Northern Virginia, enabling them to more fully participate in and contribute to American society. Mr. Figueredo has a Bachelor of Science degree in Biology from the Pontificia Universidad Javeriana, Bogotá, Colombia and a Master of Public Policy degree from the University of Maryland. He also serves as a Commissioner of the Virginia State Advisory Committee to the U.S. Commission on Civil Rights, Commissioner to the Virginia Latino Advisory Commission appointed by Governor Mark Warner, Member of the Steering Committee of the Northern Virginia Healthcare Workforce Alliance, Member of the Board of the Fairfax County Chamber of Commerce, and Member of the Advisory Council of the George Mason University Arlington Campus.

*Jose Figueroa.* Since 1987, Mr. Figueroa has served as President of Priority One Services, a government contractor. Priority One Services is one of the largest providers of laboratory technicians, animals, and animal caretakers to the National Institutes of Health (NIH). Mr. Figueroa has developed a knowledge base of maintaining facilities and regulating environmental systems in trucks, and now manages a staff of more than 500 employees. Mr. Figueroa attended American University and he is a graduate of the Minority Business Executive Program (MBEP) at the Tuck School of Business at Dartmouth. Mr. Figueroa serves on the Board of Directors of Washington Performing Arts Society and the Enterprises for Hispanic Youth Foundation.

*Ronald Gordon.* Mr. Gordon is a founder and the CEO of ZGS Communications, which owns and operates ten Spanish-language television stations and three radio properties serving the Hispanic community. ZGS is the largest affiliate of the Telemundo network, with stations in Boston, El Paso, Fort Meyers/Naples, Hartford, Orlando, Providence, Raleigh, Springfield, Tampa, and Washington, D.C. ZGS has been a leading Hispanic communications firm for over 20 years and has received numerous awards for its productions, marketing and community programs, among them five Emmys. A native of Peru, Mr. Gordon received a Bachelor of Arts degree from Syracuse University.

*Patricia DeL. Marvil.* Ms. Marvil is the founder and owner of Securiguard, Inc., McLean, Virginia, where she currently serves as Chairman and CEO. Ms. Marvil has over 30 years experience in security and criminal justice. Over the past 23 years, Ms. Marvil has successfully developed Securiguard into a multi-million dollar corporation. Ms. Marvil has simultaneously served on the board of multiple business organizations, and has assisted Northern Virginia in the development of new business. The Governor of Virginia has appointed her to commissions and boards for the development of special programs for the Commonwealth of Virginia.

*Kurt Pfluger.* Mr. Pfluger is a Certified Public Accountant currently working as a consultant to various businesses providing advice in the areas of finance and accounting. He is a retired principal of Soza Associates, P.C. CPA's. Mr. Pfluger is a graduate of Frostburg State University, Frostburg, Maryland, with a Bachelor of Science degree in Accounting. From 1999 to February 2003, he served as the Chief Financial Officer of Soza & Company, Ltd., Fairfax, Virginia, which was engaged in the government contracting business. Prior to that, he worked in public accounting for over 15 years. Mr. Pfluger serves as a board member and Treasurer of Catholic Charities of the Diocese of Arlington.



# SECURIGUARD, INC.

*Professional Security with Integrity*

Home > Company Profile > Key Corporate Personnel

Search our site...

↳ Securiguard's Mission

↳ **Key Corporate Personnel**

↳ Client Commendations

↳ Review by Former Assistant Director, U.S. Secret Service

> Company Profile

> Securiguard Service

> Human Resources

> GSA Schedule

> News Room

> Directions

> Contact Us

## Key Corporate Personnel

### Patricia Del. Marvil, Chairman and CEO

Mrs. Marvil is the founder and owner of Securiguard. Mrs. Marvil has over 30 years experience in security and criminal justice. Since the founding of Securiguard in 1982, Mrs. Marvil has successfully developed Securiguard into a multi-million dollar corporation that has a reputation for providing highly professional security services with integrity. She has simultaneously served on the board of multiple business organizations and has assisted Northern Virginia in the development of new business. The Governor of Virginia has also appointed her to commissions and boards for the development of special programs for the Commonwealth of Virginia.

### David L. Marvil, CPP, CHS-III President

Mr. Marvil is the co-founder of Securiguard. He has over 45 years of executive level experience in law enforcement and security including criminal justice, intelligence, emergency management, contingency planning, terrorism, national security and continuity of government. He was a member of the National Security

Council's Executive Committee on Terrorism and the Department of Justice's Interdepartmental Committee on Internal Security. Mr. Marvil was Chief of Contingency Plans/Readiness for the Federal Emergency Management Agency. As an officer in the U.S. Air Force, he served in several active duty and reserve positions, including Air Police Security Officer and Combat Defense Officer of the Strategic Air Command, Provost Marshal of the Puerto Rico Air National Guard, Caribbean Federal Liaison Officer for the Defense Civil Preparedness Agency, and Assistant State Director of Civil Defense for Puerto Rico. He has been a faculty member of the University of Maryland and Central Michigan University and served as Director of Police Science and Administration for the University of the Virgin Islands.

## Frederick M. Williamson, Executive VP for Administration

Mr. Williamson has over 40 years management and operations experience. He is responsible for contract administration, manpower and training. Mr. Williamson previously served as the Executive Vice President for Operations. Prior to employment with Securiguard in 1989, Mr. Williamson completed 30 years active duty with the U.S. Navy. As a U.S. Navy Captain, Mr. Williamson served in senior command and staff positions culminating in assignment as Vice Commander and Inspector General of the U.S. Military Sealift Command. He also served as Commanding Officer of a major naval station, Division Director of the Naval Military Personnel Command, and Commanding Officer of a guided missile destroyer.

## Roger L. Bruley, Director of Training

Mr. Bruley develops, manages, and implements training programs for Securiguard and its customers and serves as Assistant Director for the Institute of Criminal Justice and Security. He graduated from the United States Military Academy at West Point in 1973, and was commissioned into the Military Police. Approximately ten of his twenty years of service were spent with the Military

Securiguard, Inc.

Police. He held successively responsible positions as Operations Officer, Company Executive Officer, Company Commander, and Provost Marshal. His final military law enforcement command position was Provost Marshal for the Kwajalein Missile Range. Mr. Bruley was responsible for all law enforcement, security and public safety for the two thousand persons, comprehensive missile tracking system and supporting facilities on the nine islands comprising the range. The balance of his career was devoted to assignments involving the application, targeting, survivability, effects, safety and security of nuclear weapons systems.

## Charlie T. Boring,
## Director of Strategic Development

Mr. Boring is responsible for corporate business and policy development for Securiguard. He has twenty-six years of training, operations, management and security experience with the U.S. Army. He has served as the commander of nuclear storage facilities. Security Staff Officer for a nuclear storage headquarters, Battalion Executive Officer, Chief of the Training Division of a theatre level headquarters, Inspector General of the D.C. National Guard, and other management positions. During the Vietnam conflict, he commanded a field artillery unit in combat. After retiring from the U.S. Army, Mr. Boring was the Project Manager for a security contract providing security services to the American Embassies and associated facilities in Rome, Italy and the Vatican. He also has extensive experience as Contract Compliance Manager for a security firm providing security services to Government and private clients in Europe, Africa, South America, the United States and Canada.

## Leslie M. Howard,
## Director of Human Resources

Ms. Howard has 13 years of experience in personnel management, operations, and security. She is responsible for recruitment, screening, selection, and processing all Securiguard employees. Ms. Howard began her career with Securiguard as a security officer at a federal contract in the District of Columbia.

Securiguard, Inc.

She progressed through the ranks to Project Manager. She holds a Bachelor of Arts degree in Psychology and has a unique understanding of the area's security labor market. Her expertise has been instrumental in Securiguard's continued success in the areas of recruitment and retention.

© 2003 Securiguard, Inc. All rights reserved.   Website powered by Timberlake Publishing.

Page 4 of 4

Securiguard, Inc.



Home > Company Profile

# Company Profile

## SECURIGUARD HISTORY AND EXPERIENCE

Professional Security with Integrity

**Search our site...**

* › Securiguard's Mission
* › Key Corporate Personnel
* › Client Commendations
* › Review by Former Assistant Director, U.S. Secret Service

* › **Company Profile**
* › Securiguard Service
* › Human Resources
* › GSA Schedule
* › News Room
* › Directions
* › Contact Us



Securiguard was incorporated in the Commonwealth of Virginia in January 1982, to provide high quality security services to Government, industry, private business, construction companies and educational institutions. Mrs. Patricia DeL. Marvil is Chairman/CEO and Secretary and Mr. David L. Marvil, CPP, is President and Treasurer. Shortly thereafter, Mr. Marvil, utilizing his extensive security and academic background, formed the **Institute Of Criminal Justice And Security** to provide and control the stringent security training required for high-caliber security services. The Corporate headquarters of Securiguard is located at 6858 Old Dominion Drive, Suite 307, McLean, Virginia 22101. Since the award of a contract in 1982 to provide building security services at the Herbert C. Hoover Building for the Department of Commerce, Securiguard has been successfully performing all tasks associated with facility security. Subsequent to its founding, Securiguard has consistently offered a uniquely

David Marvil USGC serves as CEO is the Treasurer to securiguard subcontract at FDIC.

Securiguard, Inc.

professional brand of high-quality security services nationally and internationally. Securiguard is experienced in the provision of security service for military and civilian marine ports, airports, U.S. Embassies, government office buildings and complexes, museums and cultural facilities, and corporate headquarters.

© 2003 Securiguard, Inc. All rights reserved.  Website powered by Timberlake Publishing.

 Hispanic Business Roundtable

Contact: ROBERT G. DEPOSADA
202-546-1284

FOR IMMEDIATE RELEASE
October 25, 2000

# HISPANIC BUSINESS LEADERS ENDORSE GEORGE W. BUSH

**Washington** – The Board of Directors of the Hispanic Business Roundtable (HBR) announced today their support for Texas Governor George W. Bush for President of the United States.

"After a careful review of the candidates' records in office and their current platform, our Board of Directors has decided to endorse George W. Bush for President," said **HBR President Mario Rodriguez**, CEO of Jonathan Grey & Associates, Inc. in San Clemente, California. "Governor Bush is the one who best understands the needs and concerns of the Hispanic community. He has a solid record of fighting for Hispanics and for the issues that affect our community."

"America needs a President who will reach across party lines to develop and promote a positive agenda for all Americans. Governor Bush has a successful record of bringing together Democrats and Republicans to get things done," Rodriguez said. "When you look at the Governor's proposals to reform Social Security and Medicare, and improve access to affordable insurance for working families, you realize that he has already begun his bipartisan approach of governance. All of these proposals already enjoy bipartisan support in Congress."

"Whether we focus on reforming the tax code or the education system, improving access to health insurance for the uninsured or protecting and reforming Social Security, Governor Bush is running for President on a platform of innovative and common sense reform," said **HBR Board Member Ruben Cardona**, CEO of Bleich Glass & Cardona in New Brunswick, New Jersey.

"Governor Bush has proposed a common-sense and responsible plan to expand economic development," Cardona said. "His plan reduces the tax burden for middle income families. It also eliminates the marriage penalty and doubles the child tax credit for working families."

In announcing the endorsement, HBR's Board of Directors highlighted that under Governor Bush's proposals, working families across the country will have a better opportunity, not only to make ends meet, but to plan for a better future. "It is very sad to have more than half of Hispanic workers depending solely on Social Security for their retirement. Bush's proposal to allow workers to use a portion of their Social Security taxes to open a personal retirement account gives them an opportunity have a brighter future, start building wealth and to be able to have something to pass on to their heirs," said **HBR Treasurer Patricia Marvil**, CEO of Securiguard Inc. in McLean, Virginia.

"To push Hispanics into real economic prosperity requires a savings and investment agenda, and Social Security offer many the only major tool for building assets," said **HBR Executive Director Roberto G. Deposada**. "Governor Bush's proposal to allow individuals to voluntarily use a portion of the amount they pay in payroll taxes, is a giant step to helping Hispanic families build wealth."

"It is almost impossible for low-income workers, particularly those who work for small businesses or in the service industry, to set aside money for retirement. If an employer does not provide assistance to open retirement accounts, workers will have to rely solely on Social



| NIC Home | Institution Search | FBO Search | Top 50 BHCs |
| FAQ | | | |

| Organization Hierarchy | Institution History | Institutions Acquired |

## SECURITY ONE BANK
5860 COLUMBIA PIKE, SUITE 104
BAILEYS CROSSROADS, VA, UNITED STATES 22041

Institution Type: State Member Bank

Primary Federal Regulator: FEDERAL RESERVE

RSSD ID: 3419416

Routing Transit Number
(RTN):                        056009356

Activity: COMMERCIAL BANKING

Parent (Top Holder): N/A

Insurance: FDIC/DEPOSIT
INSURANCE FUND
FDIC Certificate #: 58243

---

### Financial Data

This site does not provide financial data for this institution. Please visit the FDIC's site for financial data.

NIC Home    |    FAQ    |    Help    |    Contact Us

Florida Department of State, Division of Corporations

# Corporations Online

www.sunbiz.org                    Public Inquiry

---

## Foreign Profit

### SECURIGUARD, INC.

---

### PRINCIPAL ADDRESS
6858 OLD DOMINION DR. SUITE 307
MCLEAN VA 22101

---

### MAILING ADDRESS
6858 OLD DOMINION DR. SUITE 307
MCLEAN VA 22101

| Document Number | FEI Number | Date Filed |
|---|---|---|
| F05000003666 | 541189694 | 06/20/2005 |

| State | Status | Effective Date |
|---|---|---|
| VA | ACTIVE | NONE |

---

## Registered Agent

| Name & Address |
|---|
| C T CORPORATION SYSTEM<br>1200 SOUTH PINE ISLAND ROAD<br>PLANTATION FL 33324 |

---

## Officer/Director Detail

| Name & Address | Title |
|---|---|
| DEL. MARVIL, PATRICIA<br>6858 OLD DOMINION DR. SUITE 307<br><br>MCLEAN VA 22101 | CT |
| MARVIL, DAVID L<br>6858 OLD DOMINION DR. SUITE 307<br><br>MCLEAN VA 22101 | PS |
| WILLIAMSON, FREDERICK M<br>6858 OLD DOMINION DR. SUITE 307<br><br>MCLEAN VA 22101 | VP |

**CONTRACT MODIFICATION**
Federal Deposit Insurance Corporation
550 17th Street, NW, PA-4th Floor
Washington, DC 20429

| | |
|---|---|
| Contract Number:  03-00303-C-CF<br>Task Order Number:  N/A | Modification: 1 |
| Contractor's Name and Address:<br>Commerce Funding Corp. ← *Investigate Commerce Fund*<br>USEC Service Corporation ←<br>7531 Leesburg Pike, Suite 402<br>Falls Church, Virginia 22043<br>Attn: Chris Taylor | Effective Date of Modification:<br>Date signed by FDIC Contracting Officer below |

This Modification is issued pursuant to:

X  Authority of the FDIC Contracting Officer          Mutual Agreement of the Parties Hereto.

**Purpose:**
The purpose of this modification is to establish a new Purchase Order/Contract Number and new line numbers.

**Accordingly:**

1.  Purchase Order/Contract Number 03-00303-C-CF is deleted and replaced with Number CORHQ0000000374.  All future correspondence, including invoices, shall reference the new Purchase Order/Contract Number.

2.  New Line Item numbers and descriptions are as follows.  All invoices shall reflect the appropriate line items being charged.

> Line 1   Security Services
> Line 2   FEHB MOU for Security Services

All other terms and conditions in the contract remain unchanged and in full force and effect.

X        Contractor is not required to sign this document.
_____   Contractor is required to sign this document and return 2 copies to issuing office.

**CONTRACTOR:**                        **FEDERAL DEPOSIT INSURANCE CORPORATION**

By:_____       By: _____

Name:_____       Name: Harry D. Baker

Title:_____       Title: Contracting Officer

**FEDERAL DEPOSIT INSURANCE CORPORATION**
**DIVISION OF ADMINISTRATION**
**ACQUISITION SERVICES BRANCH**
**1730 PENNSYLVANIA AVENUE, NW, 4TH FLOOR**
**WASHINGTON, DC  20429**

**MODIFICATION OF CONTRACT 03-00303-C-CF  PAGE 1 OF  1**

| 1.  Modification Number:<br><br>002 | 2.  Effective Date:<br><br>See block #8 |
|---|---|
| 3.  Contractors Name and Address:<br>USEC Service Corporation<br>7531 Leesburg Pike<br>Suite 402<br>Falls Church, VA  22043 | 4.  Contract Number:  03-00303-C-CF<br><br>Description:  Security Guard Services |

5.  This Modification is issued pursuant to:

☐  Mutual Agreement of the Parties Hereto.

☒  Authority of the FDIC Contracting Officer

☐  Law, Public Policy or regulation requiring same

The purpose of this modification is to provide Contractor with special billing instructions for work authorized by the FDIC on behalf of the Federal Housing Finance Board (FHFB).  In order for the FDIC to seek reimbursement for payments made on behalf of FHFB, the FDIC must track the expense.  Therefore, the following billing instructions are hereby added to the Contract:

1.)  Contractor shall be required to describe the work performed on behalf of FHFB, and use the following identification when invoicing for FHFB work:  03-00303-C-CF (plus current release number) PO Line Number 0030.  The amount of the current Not To Exceed (NTE) Compensation Ceiling $26,411,939.14 of the subject contract that has been allocated to FHFB expenses is $186,000.00 This allocation cannot be exceeded without written authorization from the FDIC Contracting Officer.  In no event shall Contractor exceed the NTE Compensation Ceiling of $26,411,939.14 stated in the Contract for all work performed under the Contract.

All other terms and conditions in this contract remain in full force and effect.

| ☒  Contractor is not required<br>To sign this document | ☐  Contractor is required to sign this document and<br>return 2 copies to issuing office. |
|---|---|

| 7. Contractor:  USEC Service Corporation<br>By:<br><br>_____<br>(Signature)<br><br>Name and Title:<br><br>_____<br><br>Date Signed:<br><br>_____ | 8.  Federal Deposit Insurance Corporation<br>By:<br><br>_____<br>(Signature)  *THOMAS D. HARRIS*<br>*CONTRACTING OFFICER*<br><br>Name and Title:<br><br>Date Signed:<br><br>9/8/04 |

FEDERAL DEPOSIT INSURANCE CORPORATION
DIVISION OF ADMINISTRATION
ACQUISITION SERVICES BRANCH
1730 PENNSYLVANIA AVENUE, NW, 4TH FLOOR
WASHINGTON, DC 20429

MODIFICATION OF CONTRACT 03-00303-C-CF  PAGE 1 OF 1

| 1.   Modification Number: | 2.   Effective Date: |
|---|---|
| 001 | See block #8 |

| 3. Contractors Name and Address: | 4.   Contract Number 03-00303-C-CF |
|---|---|
| USEC Service Corporation<br>7531 Leesburg Pike<br>Suite 402<br>Falls Church, VA  22043 | Security Guard Services |

5.  This Modification is issued pursuant to:

[ X ]   Mutual Agreement of the Parties Hereto.

[   ]   Authority of the FDIC Contracting Officer

[   ]   Law, Public Policy or regulation requiring same

Description of Modification:

1.  Reference Exhibit 1 of the Statement of Work (SOW) -  modify the language in "Post 54" to change the hours from 1630-0800, Monday through Friday to 1530-0700 Monday through Friday.

2.  The following post is added to Exhibit 1 of the SOW under ".7 3501 & 3503 North Fairfax Drive" - Post 33; Badging for Turner Construction at VA Sq. II Project, Thursday only between the hours of 0700-1000.

3.  Reference Exhibit 1 of the SOW – delete post numbers 42 and 46 in their entirety.

All other terms and conditions of the Contract remain unchanged.

| [   ]   Contractor is not required<br>To sign this document | [ X ]   Contractor is required to sign this document and<br>return 2 copies to issuing office. |
|---|---|

| 7. Contractor USEC Service Corporation | 8.   Federal Deposit Insurance Corporation |
|---|---|
| By: _(signature)_ | By: _(signature)_ |
| (Signature) | (Signature) |
| Name and Title: Andrew D. Marvil President | Name and Title: THOMAS D. HARRIS CONTRACTING OFFICER |
| Date Signed: 8-27-04 | Date Signed: 8/27/04 |

# NewsRelease
**Corporate Communications**



| Media | Investors |
|---|---|
| Susan Stanley | Nancy Lee |
| Wells Fargo | Wells Fargo |
| 415-947-3994 | 415-396-8454 |

## WELLS FARGO COMPLETES COMMERCE FUNDING CORPORATION ACQUISITION

SAN FRANCISCO, April 17, 2006 – Wells Fargo & Company (NYSE:WFC) and Commerce Funding Corporation (CFC) announced today they have completed Wells Fargo Bank, N.A.'s acquisition of Commerce Funding Corporation, a privately-held factoring company based in Vienna, Virginia, a suburb of Washington, D.C. Terms of the transaction were not disclosed.

Established in 1987, Commerce Funding Corporation provides factoring solutions (accounts receivable purchasing) for companies that provide services to Federal, state and municipal governments and their agencies. Its clients include more than 200 small businesses registered to do business with government agencies. CFC will operate as Commerce Funding Corporation, a Wells Fargo company. CFC President and CEO Jon Prager will continue on as Division Manager.

"CFC has long-standing relationships with industry leading professional service firms and is known as a leading provider of financing to both emerging and established government contractors," said Martin McKinley, head of Wells Fargo Business Credit, a division of Wells Fargo Bank, N.A. "We look forward to working with CFC's seasoned team in this fast-expanding industry."

Commerce Funding Corporation



COMMERCE FUNDING
CORPORATION

Home    Financial Services    Recent Successes    Contact Us



**FLEXIBLE FUNDING FOR GOVERNMENT CONTRACTORS**

Company Overview
The CFC Advantage
Client / Transaction Profile
Our Client's Customers
Previous Transactions
Online Security and Fraud

## Company Overview

**We NEVER lose sight of our core function–to help clients prosper.**





### Who We Are:

Commerce Funding Corporation (a Wells Fargo Company) provides high quality financial solutions to our clients. Our adaptability and creativity has been central in pioneering new contract finance methodology.

Since 1987, we have earned the respect of customers and industry partners due to our flexibility, knowledge and dedication to providing value added financing. In recognition of this high level of competence, we have become a leading lender to companies "doing business with" Federal, State and Municipal Government Agencies ("Government Contractors").

CFC clients offer a wide variety of services. They have unique operating characteristics ranging from nascent small & disadvantaged owned entities to venture capital backed pre-public companies to mature operating publicly traded corporations. They are located throughout the United States. Last year, we provided $500,000,000 of capital to this diverse group of companies.

### Personalized Service and Support

CFC's unique resource and competitive advantage is its dedicated staff. Each client is assigned an experienced account manager as a primary contact for funding and other administrative issues. Clients



FFIEC home | Federal Reserve
Board home

Accessibility | Disclaimer |
Privacy Policy

| NIC Home | Institution Search | FBO Search | Top 50 BHCs |
| FAQ | | | |

| Organization Hierarchy | Institution History |

## COMMERCE FUNDING CORPORATION
VIENNA, VA, UNITED STATES 22182

Institution Type: <u>Domestic Entity Other</u>
RSSD ID:  3442290

## Financial Data

Financial statements for this institution type are not available.

NIC Home    |    FAQ    |    **Help**    |    Contact Us

# FDIC SECURITY SERVICES CONTRACT

## CONTRACT NUMBER 03-00303-C-CF

Contract executed on __May 17th__, 2004 (Execution Date) and effective as of ~~May 17~~, *June elch*
2004 (Effective Date) between the FEDERAL DEPOSIT INSURANCE CORPORATION, acting in
its corporate capacity (FDIC), and USEC Service Corporation, a corporation organized and existing
under the laws of Virginia with its principal place of business at 7531 Leesburg Pike, Falls Church,
Virginia 22043 (Contractor).

### WITNESSETH:

The FDIC, in its corporate capacity, desires to retain Contractor, and Contractor desires to perform
the services described in this contract ("Contract"), upon the terms and conditions set forth below.

Now, therefore, in consideration of the mutual covenants and agreements set forth below, and other
good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged by
the parties, the FDIC and Contractor agree as follows:

## ARTICLE I.  APPOINTMENT AND DUTIES OF CONTRACTOR

### 1.1    Independent Contractor
The FDIC hereby retains Contractor as an independent contractor for the sole purpose of
performing the services described in this Contract.  If this contract permits subcontracting, the use of
the term "Contractor" herein shall refer to both the Contractor and any and all Subcontractors at all
levels.  Contractor must ensure that any and all Subcontractors adhere to all of the terms and
conditions that have flow-down requirements.

### 1.2    Duties
Contractor hereby agrees to perform such services (the Services) on the terms and conditions
set forth below and in the following documents, which are incorporated by reference:

- **Statement of Work**, Attachment 1 to this Contract.
- **Contractor's Proposal or Amended Proposal, if any**, Attachment 2 to this Contract.
- **FDIC General Provisions**, Attachment 3 to this Contract.
- **U.S. Department of Labor Wage Determination**, Attachment 4 to this Contract.
- **FDIC Contractor Travel Reimbursement Guidelines, Attachment**, Attachment 5 to
this Contract.

5.2.1 General Provisions
5.2.2 Contractor's Remittance Address ................ 12
5.2.3 Schedule for Invoicing ........................... 12
5.2.4 FDIC Address (Payment Office) ................... 13
5.2.5 Certification of Contractor ...................... 13
5.2.6 FDIC Review ................................... 13
5.3    Method of Payment-EFT ......................... 13
ARTICLE VI.  INSPECTION AND ACCEPTANCE ............... 13
6.1    Inspection and Acceptance of Work Product ......... 14
6.2    Risk of Loss or Damage ........................... 14
ARTICLE VII.  RIGHTS IN SOFTWARE AND SYSTEMS ......... 14
7.1    Proprietary Interest and License in Software and Systems . 14
ARTICLE VIII.  REPRESENTATIONS ......................... 14
8.1    Representations of Contractor ..................... 14
ARTICLE IX.  PRICE WARRANTY ........................... 14
9.1    Contractor Warranty ............................. 15
ARTICLE X.  INSURANCE COVERAGE ...................... 15
10.1   Liability Insurance .............................. 15
10.2   Certificates of Insurance ........................ 15
10.3   Notice to the FDIC .............................. 16
10.4   Cost of Insurance ............................... 16
ARTICLE XI. INDEMNIFICATION ........................... 16
11.1   Contractor Indemnification ....................... 16
ARTICLE XII.  CONFLICT OF INTEREST ..................... 16
12.1   Notice to the FDIC .............................. 17
                                                          17

ii

Contractor is required to notify the FDIC Contracting Officer and Oversight Manager in writing of any change in Contractor's physical location for the Place of Performance of this Contract. This must include without limitation any facilities relocation and/or re-construction activity or any other planned event that may impact the continued operation of contractor-operated network equipment located on the contractor's premises. The notification must be made at least thirty days in advance of the planned change or start date for any such activity to allow the FDIC time to take appropriate action.

Contractor must ensure that all connections and access to the FDIC network and systems are removed and no longer active using appropriate security procedures at the time of expiration or termination of this Contract, whether contractor or subcontractor employees are working on-site or off-site, and notice must be provided to the Oversight Manager upon completion of these requirements. Contractor must also undergo the FDIC pre-exit clearance procedures at the time of separation.

### 1.3     Standard of Performance

Contractor must at all times act in good faith and in the best interests of the FDIC, use its best efforts and exercise all due care and sound business judgment in performing its duties under this Contract. Contractor must at all times comply with FDIC policies, procedures and directives, which are incorporated by reference and made part of this Contract.

### 1.4     Calendar Days

Unless specifically provided otherwise in this Contract, the term "days" used anywhere in this Contract means calendar days.

### 1.5     Monthly Report

If subcontracting or joint venturing is approved, Contractor must submit to the Contracting Officer a <u>Subcontractor or Joint Venture Activity Report</u>, on a monthly basis, addressing for each subcontractor, Joint Venture and/or Teaming Arrangement Participant(s), the following:

a. Name, address, tax identification number and type of business concern [Minority Women Owned Business, Small Disadvantaged Business and applicable Standard Industrial Classification (SIC) Code and corresponding geographic location if applicable] for each subcontractor or Joint Venture participant.

b. Period covered by Report.

c. Description of work performed by subcontractor or Joint Venture participants during the report period.

d. Percentage of services planned and actually provided by subcontractor or Joint Venture Participant during the report period and cumulative to date by SIC code if applicable.

e. Total compensation paid to subcontractor or Joint Venture participants during the report period and cumulative to date.

2

f.      Percentage completion toward Subcontracting Plan goals and/or Joint Venture commitments.

## ARTICLE II. PERIOD OF PERFORMANCE

2.1     Initial Period of Performance

This Contract has a two (2) year period of performance starting on the May 17, 2004 and expiring on May 31, 2006 (the "Period of Performance"), subject to exercise of an option, if applicable, or to earlier termination under the General Provisions of this Contract.

2.2     Option Period

This Contract may be extended, at the discretion of the FDIC, for three (3) one-year period(s) each an "Option Period". Except where specifically indicated otherwise, "Period of Performance" as used hereafter in this Contract refers both to the initial Period of Performance and to any Option Period which may be exercised.

2.3     Notice of Exercise of Option

If the FDIC desires to exercise the option to extend the Period of Performance, the FDIC must notify Contractor, in writing, of its intent not less than sixty (60) days before the expiration of the initial Period of Performance.

## ARTICLE III. SECURITY AND CONFIDENTIALITY REQUIREMENTS

3.1     Background Investigations

3.1.1   Background investigations will be conducted for all contractor and subcontractor personnel. The extent of the investigations will be in direct relation to the risk level assigned to the contract or to the individual job classifications, which can be found in Section 3.2 of this contract.

3.1.2   Each contractor and subcontractor employee working on the contract must complete an electronic fingerprint application and credit report authorization. No employee will be permitted to begin work (including access to FDIC facilities, network, and systems) until a favorable fingerprint records check and credit report has been received by the FDIC, unless a waiver has been obtained.

3.1.3   Within 5 days after the effective date hereof, the contractor must provide the Contracting Officer with a list of all contractor and subcontractor personnel working on the contract. This list must include the employee's name, current home address, and assigned risk level. The contractor must identify each

3

part of the work or requirements of this Contract do not come within the definition of Contractor Personnel and are either subcontractors or employees of subcontractors.

### 4.5.1 Authorization; Selection of Subcontractors.

(a)    Contractor will not engage subcontractors to perform any of its responsibilities under this Contract without the prior written approval of the FDIC. This prohibition does not apply to contracts or orders for purchase of equipment, materials or supplies to be used in the performance of this Contract. If Contractor's Proposal leading to this Contract requests approval for the use of named or designated subcontractor(s), and if the FDIC has accepted that Proposal, the subcontractor(s) will be deemed approved and further approval will not be needed.

(b)    Consent by the FDIC to any proposed subcontractor will not: (1) constitute a determination of the acceptability of any subcontract terms or conditions; or (2) constitute a determination of the acceptability of any amount paid under any subcontract; or (3) relieve Contractor of any of its responsibilities under the Contract. Contractor will award subcontracts only to third parties that have filed FDIC Certifications with Contractor.

(c)    The following subcontractors are approved for performance under this Contract:

~~**Securiguard, Inc. (42.2%) MWOB**~~    *D. Fahey paid by Securiguard And USEC. PATRCA DEL MARUL (Securiand) mother sub contracts to son USEC cocp 11*

*David Triesvard Triesuind and pleased*

(d)    Contractor must notify the FDIC of any changes in subcontracting arrangements. If the subcontractor is a <u>Small Disadvantaged Business</u> (SDB), any changes must result in the same or greater SDB participation.

*Read next page 1 of 1*

### 4.5.2 Contracts with Subcontractors

Contractor will not be reimbursed for subcontracting costs except as specifically provided for in this Contract. Contractor must assure that all contracts it enters into with subcontractors will be consistent with the terms of this Contract, including, but not limited to, certifications, termination, stop work, confidential information and insurance.

### 4.6    Use of Premises by Contractor Personnel

Contractor must comply with the regulations of the FDIC governing access to facilities and operations while on FDIC premises. Contractor must perform its contract activities in such a manner as to not interrupt or interfere with the conduct of FDIC business. All persons employed under the Contract must observe the regulations in effect while on FDIC premises.

### 4.7    Subcontracting Plan Compliance.

In contracts where subcontracting is permissible and in accordance with the Contractor's proposal as incorporated within the terms and conditions of the Contract, the Subcontracting Plan is considered a material part of the Contract. The Contractor's failure to comply with and make

10

8.1.3 At the time of execution of this Contract, there has been no change in any of the Certifications Contractor submitted to the FDIC with its proposal. Contractor agrees to notify the Contracting Officer immediately, in writing, of any change to Contractor's Certifications.

## ARTICLE IX.  PRICE WARRANTY

### 9.1    Contractor Warranty

Contractor warrants that, at the time of award of this Contract, the prices and hourly rates charged do not exceed those currently charged by Contractor to any other customer, public or private, purchasing the same or similar goods or services in like or smaller quantities under similar conditions.

## ARTICLE X.  INSURANCE COVERAGE

### 10.1    Liability Insurance

Contractor, before commencing work or permitting any subcontractor to commence work, must procure and maintain, at Contractor's own expense, the following insurance or, should such insurance be cancelled, the FDIC shall have the right to procure such insurance, and the cost thereof will be deducted from monies then due or which thereafter become due to Contractor. Contractor may carry any additional insurance as it may deem necessary. Contractor will not be deemed to be relieved of any responsibility by the fact that Contractor carries insurance. The FDIC requires any contractor of the FDIC performing work on FDIC premises to carry and maintain, at no expense to the FDIC:

A.    Worker's Compensation and Employer's Liability Insurance in accordance with the applicable laws of the state in which the work is to be performed or of the state in which Contractor is obligated to pay compensation to employees engaged in the performance of the work. The policy limit under the Employer's Liability Insurance section shall not be less than One Hundred Thousand Dollars ($100,000) for any one accident; and

B.    Comprehensive Bodily Injury and Property Damage Liability Insurance covering the work, the performance of the work and everything incidental thereto, with Bodily Injury (including death) and Property Damage limits of not less than Five Million Dollars ($5,000,000) per occurrence combined single limit.  This policy must be endorsed to cover:  Contractual liability coverage, completed operations coverage, broad form property damage endorsement and Contractor's protective liability coverage; and

C.    Automobile Public Liability and Property Damage Insurance, including coverage on owned, hired, and non-owned automobiles and other vehicles, if used in connection with the performance of the work, with Bodily Injury and Property Damage limits of not less than One Million Dollars ($1,000,000) per occurrence combined single limit; and

15

D.    Such other insurance as may be required elsewhere in the Contract documents.

The FDIC must be named as Additional Insured under Contractor's Comprehensive Bodily Injury and Property Damage Liability and Automobile Public Liability and Property Damage Insurance coverage. Contractor's insurance must be primary.

### 10.2    Certificates of Insurance

Contractor must have its insurance carrier or carriers certify to the FDIC that all insurance required is in force, such certificates to stipulate that the insurance will not be cancelled or substantially changed without thirty (30) days prior notice by Certified Mail to the FDIC Contracting Officer. Contractor must, on request, permit the FDIC to examine original insurance policies.

Contractor must provide the FDIC, no later than ten (10) calendar days after the date of execution of the Contract, evidence of all insurance and bonds specified in this Article X. Such evidence of insurance may be (1) a binder or (2) a copy of the original policy. Contractor must also provide, no later than ten (10) calendar days after the date of execution, a Certificate of Insurance which must include the following mailing address and reference the Contract number:

> Federal Deposit Insurance Corporation
> Attention:  Carolyn Follin
> 550 17th Street, NW, Room PA1730-4062
> Washington, DC  20429
> Reference:  Contract No. 03-00303-C-CF

### 10.3    Notice to the FDIC

Contractor must promptly advise the FDIC's authorized representative of all damages to property of the FDIC or of others, or injuries incurred by persons other than employees of Contractor in any manner relating, either directly or indirectly, to the work.

### 10.4    Cost of Insurance

Contractor's expenses in fulfilling the requirements of this Article X will not be reimbursed by the FDIC.

## ARTICLE XI. INDEMNIFICATION

### 11.1    Contractor Indemnification

Contractor agrees to indemnify, hold harmless, and defend the FDIC in all of its capacities, and all of its officers, directors and employees against any and all claims, losses, penalties, fines, forfeitures, amounts paid in settlement, judgments, reasonable attorneys' fees and related litigation

16

Contract
Version 3.5
July 2003

costs, fees and expenses which result from any act or omission constituting negligence, willful misconduct or breach of fiduciary duty by any officer, director, agent or employee of Contractor or its subcontractors in connection with Contractor's performance under this Contract.

## ARTICLE XII.  CONFLICT OF INTEREST

### 12.1    Notice to the FDIC

Contractor must notify the FDIC Contracting Officer immediately whenever the work under this Contract conflicts with or appears to conflict with Contractor's obligation to another company or organization.  Contractor must furnish sufficient details to permit evaluation of the situation. Contractor must not proceed with the performance of the work in question until written notification to do so is given by the FDIC Contracting Officer.

17



**GSA** *Schedules e-Library*

Home

Federal Supply Schedule Listing

GSA Advantage

Basic Schedule Ordering Guidelines

Search:                    all the

*C*

| Contract #: | **GS-07F-9346S** |
| Contractor: | **USEC SERVICE CORP** |
| Address: | **7531 LEESBURG PIKE STE 402** |
| | **FALLS CHURCH, VA 22043-2120** |
| Phone: | **(703)356-3630** |
| E-Mail: | **LINDSAY@MARCHERCONSULTANTS.COM** |
| Web Address: | |
| Contract end date: | **Mar 1, 2011** |

Socio Economic : **Small business**

Govt. Contracting Officer:
**MARK L. SIMS**
Phone: **817-574-2446**
E-Mail: **mark.sims@gsa.gov**

How to change your company information

| SIN List | Title | Contract Number | Contract Terms & Conditions | Contract End Date | Category | View Items Available |
|---|---|---|---|---|---|---|
| 84 | TOTAL SOLUTIONS FOR LAW ENFORCEMENT, SECURITY, FACILITIES MANAGEMENT, FIRE, RESCUE, CLOTHING, MARINE CRAFT AND EMERGENCY/DISASTER RESPONS | GS-07F-9346S | 📄 | Mar 1, 2011 | 246 54 | GSA Advantage! |

# USEC Service Corporation



**Federal Supply Schedule 084:**
**Total Solutions for Law Enforcement, Security,**
**Facilities Management, Fire, Rescue, Special**
**Purpose Clothing, Marine Craft, and**
**Emergency/Disaster Response**

Special Item Numbers: 246-54 Guard Services          *246-54 - GUARD SERVICES*

USEC Service Corporation
7531 Leesburg Pike, Suite 402
Falls Church, VA 22043
703-356-3630

Contract Number: GS-07F-9349S
Contract Period: March 1, 2006 through March 1, 2011

Business Size: Small Minority-Owned Disadvantaged Business          *[Small Minority-Owned ?? Disadvantaged Business]*

Federal Supply Service          **Authorized FSS Price List**
U.S. General Services Administration

Texas Department of Public Safety Private Security Board





# Texas Department Of Public Safety

| Home | Contact Us | Employment | Online Services | News |

**Company Details**

Individual Search | Company Search | Training Search | Renewals Search

## Company Details

**Name:** USEC SERVICE CORPORATION
**License Number:** B13797
**Company Code:** B
**Category:** Guard Company

**Mailing Address**

**Insurance & Company Status**

**Company Status:** Active
**Company Expiration Date:** 5/31/2007
**Insurance Expiration Date:** 1/4/2008
**Armed Guard Insurance:** Yes
**Guard Dog Insurance:** No

**Owner/Manager**

| Name |
| --- |
| TAYLOR , CHRISTOPHER |
| MARVIL , ANDREW ⟵ |

**Employees (Former and Current)**

| Name |
| --- |
| FANTROY , FILISTA |
| HARRIS , FREDDIE |

PSB Home
Criminal History FAQs (PDF)
PSB Licensing FAQs (PDF)
Bureau Information
Board Members
Eligibility Requirements
Company Licenses
Individual Licenses
Licenses Online
Consumer Information
PSB Forms and Fees
Testing / Training
Open Records Request
Hearings

**Searches**

Search Renewals
Search Training Schools
Search Companies
Search Individuals

**Miscellaneous Information**

Bounty Hunter Information
Impersonating an Officer
Uniform Requirements

**Company Information**

Company Forms

Texas Department of Public Safety Private Security Board

Company License Package



HILLIARD , CHRISTOPHER
JOHNS , RODERICK
JONES , KELVIN
JULY , LAWRENCE
MARVIL , ANDREW
McGill , Eric
MOHN , KARL
NUBIN , MICHAEL
PAPKE , BRUCE
PEARCY , JOHN
PERVEZ , MOHAMMAD
ROSAS , EMEDE
SECREASE , BILLY
Sutphen , Nealy
TAYLOR , CHRISTOPHER

Texas Homeland Security | Department of Information Resources | Concealed Handgun License Bureau |
Texas 10 Most Wanted | DPS Sex Offender's Database | Texas Secretary of State |
Texas Comptroller | Texas Commission on Law Enforcement

1

Texas Department of Public Safety Private Security Board



# Texas Department Of Public Safety

Home    Contact Us    Employment    Online Services    News

Individual Search | Company Search | Training Search | Renewals Search

## Company Details

### Company Details

**Name:** COMMERCE SERVICE CORP. DBA CASSELWOOD
APARTMENTS P00617

**License Number:** P00617

**Company Code:** P

**Category:**

**Mailing Address**
6000 SUNSHINE DR
FORT WORTH, TX 76119

### Insurance & Company Status

**Company Status:** Expired

**Company Expiration Date:**

**Insurance Expiration Date:**

**Armed Guard Insurance:**

**Guard Dog Insurance:**

### Owner/Manager

| Name |
| --- |
| Name |

### Employees (Former and Current)

| Name | |
| --- | --- |
| | 1 |



### PSB Home
Criminal History FAQs
(PDF)
PSB Licensing FAQs (PDF)
Bureau Information
Board Members
Eligibility Requirements
Company Licenses
Individual Licenses
Licenses Online
Consumer Information
PSB Forms and Fees
Testing / Training
Open Records Request
Hearings

### Searches
Search Renewals
Search Training Schools
Search Companies
Search Individuals

### Miscellaneous Information
Bounty Hunter Information
Impersonating an Officer
Uniform Requirements

### Company Information
Company Forms

*Handwritten notes:*
AKA USED SERVICE
CORP. AKA WELLS
FARGO AKA FUW
FDIC DONALD POWELL
IS SIGNATORY TO WELLS
FARGO MANAGED BY
WACHOVIA REPORTED
BY YOLANDA GIBSON-
MICHAELS (FDIC WHAM)
2004, 2005, 2006
2007.

Texas Department of Public Safety Private Security Board



# Texas Department Of Public Safety

| Home | Contact Us | Employment | Online Services | News |
|------|-----------|-----------|----------------|------|

Individual Search | Company Search | Training Search | Renewals Search

## Person Details

**Person Details**

| | |
|--|--|
| Status: | Approved |
| Name: | TAYLOR, CHRISTOPHER |
| Gender: | M |

*In an effort to protect the personal information of our registrants, this site will no longer display dates of birth. It will remain as a searchable field in order to differentiate between individuals with the same name but will not display in the results screen.

### License Details

| Description | License # | License Type | Issue Date | Expire Date | Status |
|-------------|-----------|--------------|------------|-------------|--------|
| | B13797 | Owner/Partner/Shareholder/Officer | 6/23/2006 | 6/23/2008 | Active |

### Employment Details

| Officer/Shareholder/Manager | | | Hire Date | Terminate Date | |
|-----------------------------|--|--|-----------|----------------|--|
| Company | | | | | |
| USEC SERVICE CORPORATION | | | | | |

### Training Details

| Training Date | Level | Training Description |
|---------------|-------|----------------------|
| 2/13/2006 | Level I | |
| 3/6/1980 | | 2 Years Guard/Courier/Armored Experience |

**Individual Information**

PSB Home
Criminal History FAQs (PDF)
PSB Licensing FAQs (PDF)
Bureau Information
Board Members
Eligibility Requirements
Company Licenses
Individual Licenses
Licenses Online
Consumer Information
PSB Forms and Fees
Testing / Training
Open Records Request
Hearings

**Searches**

Search Renewals
Search Training Schools
Search Companies
Search Individuals

**Miscellaneous Information**

Bounty Hunter Information
Impersonating an Officer
Uniform Requirements

Texas Department of Public Safety Private Security Board

# Texas Department Of Public Safety

Home    Contact Us    Employment    Online Services    News

## Company Details

PSB Home
Criminal History FAQs (PDF)
PSB Licensing FAQs (PDF)
Bureau Information
Board Members
Eligibility Requirements
Company Licenses
Individual Licenses
Licenses Online
Consumer Information
PSB Forms and Fees
Testing / Training
Open Records Request
Hearings

**Searches**
Search Renewals
Search Training Schools
Search Companies
Search Individuals

**Miscellaneous Information**
Bounty Hunter Information
Impersonating an Officer
Uniform Requirements

**Company Information**
Company Forms

Individual Search | Company Search | Training Search | Renewals Search

### Company Details
| | |
|---|---|
| Name: | USEC SERVICE CORPORATION |
| License Number: | B13797 |
| Company Code: | B |
| Category: | Guard Company |

### Mailing Address

### Insurance & Company Status
| | |
|---|---|
| Company Status: | Active |
| Company Expiration Date: | 5/31/2007 |
| Insurance Expiration Date: | 1/4/2008 |
| Armed Guard Insurance: | Yes |
| Guard Dog Insurance: | No |

### Owner/Manager
| Name |
|---|
| TAYLOR , CHRISTOPHER |
| MARVIL , ANDREW |

### Employees (Former and Current)
| Name |
|---|
| FANTROY , FILISTA |
| HARRIS , FREDDIE |

**Texas Department of Public Safety Private Security Board**

Company License Package

HILLIARD,, CHRISTOPHER
JOHNS,, RODERICK
JONES,, KELVIN
JULY,, LAWRENCE
MARVIL,, ANDREW ← Related to Patricia Del Marvil
McGill,, Eric      CEO Secureland and Subrontng
MOHN,, KARL        to USE Services Corp.
NUBIN,, MICHAEL
PAPKE,, BRUCE
PEARCY,, JOHN
PERVEZ,, MOHAMMAD
ROSAS,, EMEDE
SECREASE,, BILLY
Sudphen,, Nealy
TAYLOR,, CHRISTOPHER

1



COMMERCE FUNDING
CORPORATION
AKA USEC corp
Suburb Ard

Company Overview

The CFC Advantage

Client / Transaction Profile

Our Client's Customers

Previous Transactions



Home            Financial Services            Recent Successes

## Our Client's Customers

New clients regard our long-standing business relationships
with their current customers as invaluable.

We provide solutions to those conducting business with the
following entities (partial list):



### Public Sector

| | | |
|---|---|---|
| Air Force | Dept. of Energy | General Services . |
| Army | Dept. of Health and Human Services | Housing and Urba |
| Bureau of Census | Dept. of Immig. and Naturalization | Internal Revenue : |
| Defense Commissary Agency | Dept. of Transportation | Marine Corps |
| Defense Fuel Supply Center | Dept. of Veteran Affairs | NASA |
| Dept. of Labor | Federal Aviation Administration | National Institute ( |
| Dept. of State | Federal Bureau of Prisons | Navy |
| Dept. of Commerce | Federal Emergency Mgmt. Agency | Social Security Ad |
| Dept. of Defense | Federal Highway Administration | US Agency for Int( |
| | | Development |

### Private Sector

| | | |
|---|---|---|
| AT&T Corporation | SAIC | Raytheon Corpora |
| Computer Sciences Corporation | Boeing | General Dynamics |
| EDS | Northrop Grumman Corporation | Verizon |
| Lockheed Martin | | |

**4** Growth Financing / Co-lending with another financial institution:



**The Problem:**
A West Coast based technology provider is awarded a sign
with the US Navy. The Company's existing bank does not
to borrow against government contracts.

**The CFC Soution:**
CFC structures a $2M line of credit using specific government
as the sole collateral. The Company is able to fulfill its delivery
obligation to the US Navy.



**GSA** *Schedules e-Library*

GSA Advantage

Home          Federal Supply Schedule Listing

Basic Schedule Ordering Guidelines

**Search:**                    all the

*S*

**Search Criteria: USEC Services**

| Contractor/Manufacturer matches | |
|---|---|
| **Source** | **Description** |
| **84** | TOTAL SOLUTIONS FOR LAW ENFORCEMENT, SECURITY, FACILITIES MANAGEMENT, FIRE, RESCUE, CLOTHING, MARINE CRAFT AND EMERGENCY/DISASTER RESPONS **- Marine Craft and Equipment** ⟵ |
| | Contractors |
| | **USEC SERVICE** CORP [GS-07F-9346S] |

*AKA commerce Funding corp.*
*AKA Wells Fargo*





October 12, 2004

Mr. Douglas Fahey
C/O USEC Corporation
7531 Leesburg Pike
Suite 402
Falls Church, VA
22043

Dear Mr. Fahey,

I am a Contract EEO Investigator who is investigating the EEO Complaint of FDIC employee Yolanda Gibson-Michaels. I am attaching my Letter of Authorization from FDIC to investigate Ms. Gibson-Michaels' Complaint. I would appreciate if I can speak to you about your role as a FDIC Contract Investigator regarding Accepted Issues One and Two in the Letter of Authorization. Ms. Gibson-Michaels has alleged that she was discriminated against due to her African-American race, black color, female gender, age and religion in connection with her Complaint. Without your statement the official record may be incomplete. My home number is ▮▮▮▮▮▮▮▮. Thank you for your cooperation.

Yours truly,


Barry Cohen

# MEMORANDUM

**TO:** Official File

**FROM:** Contract Investigator B. Cohen

**SUBJECT:** Investigatory Memorandum Regarding Efforts To Locate Mr. Doug Fahey

**DATE:** October 31, 2004

During my interview with Mr. Kmetz, he informed me that Mr. Fahey was working with the FBI and undergoing training. Mr. Kmetz informed that Mr. Fahey had worked as a contractor for Securiguard. On October 12, 2004, I called Securiguard in an effort to locate Mr. Fahey. I was told that Mr. Fahey was not employed by Securiguard and was told to contact USEC Corporation. I contacted USEC Corporation and was told that Mr. Fahey was no longer employed by USEC Corporation and that USEC Corporation would not provide me with Mr. Fahey's home telephone number. I asked if USEC Corporation would forward a letter to Mr. Fahey's home. The USEC employee stated they would forward my letter to Mr. Fahey. On October 12, 2004, I sent the attached letter to USEC Corporation. On October 12, 2004, I sent the attached letter to Mr. Fahey at the Federal Bureau of Investigation.

I was informed by a FDIC employee that she thought that Mr. Fahey lived in northern Virginia. There was a telephone listing for a Douglas Fahey in northern Virginia. I made two telephone calls to the number listed and left messages on an answering machine for Douglas Fahey.

To date, Mr. Fahey has not responded to any of my inquiries.



## GOVERNMENT OF THE DISTRICT OF COLUMBIA
## METROPOLITAN POLICE DEPARTMENT
### Security Officers Management Branch

January 11, 2005

Mrs. Yolanda C. Gibson-Michaels
1717 H Street Northwest  Room H-3081
Washington, D.C.  20001

Dear Mrs. Gibson-Michaels:

This letter will confirm your conversation on December 22, 2004, with Ms. Gray, staff member of the Security Officers Management Branch.  As previously stated, researching our files Mr. Douglass Fahey is not certified or pending certification through this branch as a Private Investigator.

It should also be noted that the Security Officers Management Branch has no jurisdiction on Federal contract sites.

If you have any additional questions or concerns, please feel free to contact a staff member on (202) 671-0500.

Sincerely,

Sergeant Peter C. McGrath
Assistant Branch Manager

/

(2~N514-6117(Fax)

November 9, 2005

D.C. Wire Tap Office
Washington, D.C.

Re: **Expedited FOIA Request – Wire tap on Yolanda Gibson-Michaels**

In accordance to the Freedom of Information Act (FOIA), immediately upon request, provide a copy of:

(1) The wire tap court order secured by Douglas Fahey, contract investigator hired by the Federal Deposit Insurance Corporation (FDIC); contract by Securiguard on **April 14, 2004** and **April 15, 2004** to conduct a wire tap against Yolanda C. Gibson-Michaels on April 15, 2004.

(2) Provide a copy of all wire tap request by Douglas Fahey, contractor with securiguard for years 2003, 2004, and 2005.

(3) All copies of wire tap request by Federal Deposit Insurance Corporation against Yolanda C. Gibson-Michaels on April 14, 2004 and April 15, 2004.

(4) Provide a copy of sworn (affidavit) statement of Douglas Fahey before the U.S. Superior Court magistrate to conduct a wire tap against Yolanda Gibson-Michaels on April 14, 2004 and April 15, 2004.

(5) Provide a copy of sworn (affidavit) statement of an Federal Deposit Insurance Corporation (FDIC) official before the U.S. Superior Court magistrate to conduct a wire tap against Yolanda Gibson-Michaels on April 14, 2004 and April 15, 2004.

Send request to the attention of    Yolanda.Gibson-Michaels
                                     2210 Anvil Lane
                                     Temple Hills, Maryland  20748
                                     - 3011650-5062



**U.S. Department of Justice**

Criminal Division

Office of Enforcement Operations                    Washington, D.C. 20530

CRM-200501151P

Ms. Yolanda Gibson-Michaels                         DEC  8  2005
2210 Anvil Lane
Temple Hills, Maryland 20748

Dear Ms. Gibson-Michaels:

This is in response to your request of November 9, 2005, pursuant to the Privacy Act, for access to records concerning you and the wire tap request/order described in paragraphs 1-5 of your request.

We did not find any Criminal Division records within the scope of your request.

If you consider this response to be a denial of your request, you have a right to an administrative appeal of this determination. Department regulations provide that such appeals must be filed within sixty days of your receipt of this letter. 28 C.F.R. 16.45. Your appeal should be addressed to: Co-Director, Office of Information and Privacy, Flag Building, Suite 570, United States Department of Justice, Washington, D.C. 20530. Both the envelope and the letter should be clearly marked with the legend "FOIA Appeal." If you exercise this right and your appeal is denied, you also have the right to seek judicial review of this action in the federal judicial district (1) in which you reside, (2) in which you have your principal place of business, (3) in which the records denied are located, or (4) for the District of Columbia. If you elect to file an appeal, please include, in your letter to the Office of Information and Privacy, the Criminal Division file number that appears above your name in this letter.

Sincerely,

*Thomas J. McIntyre*
by KMS

Thomas J. McIntyre, Chief
Freedom of Information/Privacy Act Unit

*Conspiracy; Illegal by Unlicensed Investigator* (handwritten)

**FILE NUMBER: WASHINGTON**                    **Incident Number: 0-0000000186**

*Douglas Fahey Unlicensed contractor* (handwritten, left margin)

*Jenckia Johnson* (handwritten, right margin)

I again contacted JOHNSON and arranged to meet her in the lobby of 1717 H St. NW at 12:10Hrs. on 15 April 2004. We met at that time and then moved to vacant FDIC office space on the 1st floor. I placed a Sony cassette recorder with a 90 minute tape (45+ minutes per side) into her purse. I attached an omni directional power condenser microphone to the recorder and positioned the microphone so that it extended slightly, but unobtrusively from her purse. I suggested the way in which she could begin a conversation with GIBSON-MICHAELS might be to tell her she had been thinking about what she told her the day before. JOHNSON then advised me that just before coming downstairs to meet me in the lobby, she walked past GIBSON-MICHAELS' cube, and GIBSON-MICHAELS poked her head out and asked her if she had thought about what they talked about. JOHNSON told me she told GIBSON-MICHAELS no, that she was trying not to think about it. I then allowed JOHNSON to look at some notes I had handwritten on a piece of paper with potential ideas on how to begin a conversation with GIBSON-MICHAELS. After looking at the suggestions, JOHNSON came up with her own idea. She asked if she could just go to her and tell her that she felt threatened by her the day before. She said that was how she really felt. I agreed that expressing her true feelings would probably be the easiest way for her to succeed in beginning a dialogue. I turned the recorder to the "record" position and recorded a brief introduction, saying the date (April 15) and the time was 12:20Hrs. and that it was the beginning of the tape. At that time, JOHNSON left the room enroute to the 3rd floor of the building to locate GIBSON-MICHAELS. The tape subsequently revealed that approximately 10 minutes after leaving the room, JOHNSON located GIBSON-MICHAELS and began a conversation with her. The tape continued to run and record their conversation for approximately the next 37 minutes. I located JOHNSON at 13:20Hrs. on the third floor and accompanied her back to the 1st floor where I then recovered the recorder and tape from her purse. JOHNSON reported that the tape ended before their conversation did. She reported that at the end of the conversation, [off tape] GIBSON-MICHAELS hugged her. JOHNSON remarked that GIBSON-MICHAELS was "a lot nicer than yesterday." I asked JOHNSON if there were any witnesses to the conversation they just had and she stated, no.

*Sony Corp will be sued. Sony had no right to give FDIC or Securigard permission to use a Sony unit. Sony absolutely did NOT have the lawful authority to approve tape (illegal) by unlicensed Interlopers contractor.* (handwritten, left margin)

*Initially by James Lmkt. A Bit later I asked Jack did she feel threatened so I caused sounds!!* (handwritten, right margin)

On **15 April 2004**, at 13:44Hrs., GIBSON-MICHAELS sent JOHNSON and BEARD an e-mail with a subject, LIE DETECTOR TEST. The e-mail read:

"This is a suggestion to get to the truth regarding your situation. Lie Detector test are 100 percent accurate. You both might want to consider taking a lie detector test; or volunteer since both of you are 100% certain that it wasn't you. Also, taking a lie detector to determine that it was someone else other than yourselves will give both of you a chance to resume your good friendship. Or the investigator might request that you are both tested regarding the facts surrounding your situation. The test only cost sometimes between $20.00 or $40.00 dollars.

FDIC might be able to administer the test free. Since there is a possibility that there could have been someone other than yourselves; then you both should take the test together or separate and apart. If you are telling the **TRUTH**…then there shouldn't be a problem with taking a **LIE** detector test to save your friendship. (SMILE)… " (end of e-mail)

On **15 April 2004**, at 14:11Hrs., GIBSON-MICHAELS sent JOHNSON an internet link regarding polygraphs. The subject was, Information regarding the Polygraph (Lie Detector Test). JOHNSON forwarded that message to me on 19 April, stating that she wasn't able to review the link due to a virus warning.

On **16 April 2004**, at 10:20Hrs., I left a voice message for JOHNSON to call me. At 14:20Hrs., I had a telephone conversation with her. I asked her to reflect on the conversation she had with GIBSON-MICHAELS the day before and tell me how she was feeling about all of this. JOHNSON stated she wouldn't be as comfortable with GIBSON-MICHAELS from now on and

4

INDEX 12/07/05

A DUPLICATE
RECORDING OF
ELECTRONIC EAVESDROP
FBR 04/15/04

B

SUBJECT:

DATE:

**CERTRON**

FDIC's Wrote
Description of
Illegal Interception
of oral communic

FDIC Refused to turn
over Original illegal
tape recording 'Intercept
by unlicensed contract
W/ out by order
Retained by LAW!!

Gibson Michels Suspected
for duty 5-days Bribed
on Bible Quotes inside
a closed door office.
(Reasonable expectation
(of Privacy established)

Faxed to
FISA Court
Sn 7/18/06 on my
7/17/06 not contract
mail to FBAR
my Whistleblw

FDIC Lied to Federal Probation saying
tapes were not Lost'!

SUNY Corp did not get my
permission to use or approve for
FDIC to use a Sony tape recorder.

Sony had no right to Approve the
FDIC, Douglas Fahey or Jennekia
Johnson to engage in to illegal
intercepts of my oral communications
using a Bible Verse.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YOLANDA C. GIBSON-MICHAELS<br>Plaintiff, | )<br>)<br>) |
| v. | ) Civil Action No. **1:06CV01938** |
| SHELA C. BAIR, et.al.<br>Defendants | )<br>)<br>) |

### ORDER

It is upon consideration of Plaintiff's Opposition to **Opposition to**

**Defendant's Local Rule 7.1 Certification** is hereby by **Granted** on this _____ day of

_____, 2007.

It is further, **ORDERED**, that Defendant's Provide Financial Statements, Filings,

Documents, list of shareholders, Investors, and other documents to determine the need for

recusal over Plaintiffs claims before this Court.

_____
Judge

**Copies to**:

David Zachary Kaufman, Esq.
Kaufman Law Firm, A Professional Corporation
11350 Random Hills Road – Suite 800
Fairfax, Virginia 22030
Counsel for Defendants Securiguard, Inc.
   and USEC Corporation

Scott D. Helsel (D
Walton & Adams, PC
1924 Isaac Newton Square
Reston, Virginia 20190

Shelia C. Bair
Federal Deposit Insurance Corporation (FDIC)
550 17th Street, N.W. MB-6029
Washington, D.C. 20429

9

Tina Lamoreaux, Counsel
Federal Deposit Insurance Corporation (FDIC)
3501 North Fairfax Drive
Arlington, Virginia 22226

Jenekia J. Johnson, Prose Defendant
1414 Colony Road
Oxon Hill, Maryland 20748

Douglas R. Fahey
3716 Dalebrook Drive
Dumfries, Virginia 22015-1804

Patricia Del Marvil
Chairman CEO
Securiguard Incorporation
6858 Old Dominion Drive – Suite 307
McLean, Virginia 22101

10

David L. Marvil
Chairman CEO
USEC Corporation
7531 Leesburg Pike – Suite 402
Falls Church, Virginia  22101

Robert Feldman, Executive Secretary
Federal Deposit Insurance Corporation
550 17th Street, N.W.
Washington, D.C.  20429

Mr. Wan Kim
Assistant Attorney General
Civil Rights Division
Office of the Assistant Attorney General
Civil Rights Division
950 Pennsylvania Avenue, NW
Washington, DC 20530

Claire Whitaker
Assistant U.S. Attorney
555 4th Street, N.W. Room E-4204
Washington, D.C.  20530

Jeffery A. Taylor
Assistant U.S. Attorney
555 4th Street, N.W. Room E-4204
Washington, D.C.  20530

Rudolph Contreras
Assistant U.S. Attorney
555 4th Street, N.W. Room E-4204
Washington, D.C.  20530