**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**RECEIVED**

MAR 1 2 2007

| | |
|---|---|
| YOLANDA C. GIBSON-MICHAELS | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.**1:06CV01938** |
| | ) |
| SHELA C. BAIR, et.al. | ) |
| Defendants | ) |

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**Plaintiff's Opposition to Defendant's Securiguard and USEC Services**
**Motion to Strike and Motion to Set Pre-trial Conference**

COMES NOW, Yolanda C. Gibson-Michaels (prose), Plaintiff in the above-styled

cause and moves this Honorable Court to Strike the defendant's FDIC, Securiguard and

USEC Services, Douglas R. Fahey, Steve Kaufer, Patricia Del Marvil, David Del Marvil,

frivolous responses in Civil Action Nos. **1:06CV01938**, **1:06CV01933**, **1:06CV01940**

and move this Court to proceed with a **Pre-trial Conference** and in support, state as

follows:

1.      Counsel for Securiguard, USEC Services, Douglas R. Fahey, Steve

Kaufer, Patricia Del Marvil, and David Del Marvil defendants have entered frivolous

responses to plaintiff's verified complaint upon which relief can be granted.

2.      Counsel has not provided evidence or adduces evidence in support of any

arguments to dismiss Plaintiff's complaints.

3.      USEC Corporation is a subsidiary of USEC Incorporation.  USEC

Services Corporation is also incorporation in the State of Delaware. (**See Exhibit A**)

I.    **Argument In Support of Pre-Trial Conference**

The Federal Deposit Insurance Corporation (FDIC)(hereafter "Principal")

identified under Civil Action Nos. 1:06CV01938, 1:06CV01933, 1:06CV01940 by and

through its Answer dated **January 22, 2007** provided Admissions in support of

Plaintiff's complaint of the FDIC and Defendant's willful violations of Title VII, age,

race, sex, sexual harassment, defamation of Plaintiff's character, FMLA violations and

other claims before this Honorable Court.

(a)    Page 7 of FDICs response number 24 states that: "Defendants admit that

Plaintiff has exhausted her administrative remedies as to those claims accepted for

investigation by the FDICs Office of Diversity and Economic Opportunity ("ODEO") in

Agency Docket Nos. FDICEO-040039 and FDICEO-040056."

(b)    Page 7 number 25 of Defendant's answer: "Answering numbered

paragraph 9, on page 8 of the Complaint, Defendants admit the allegations of this

paragraph."

(c)    Page 8 number 26 of Defendant's answer: "Answering numbered

paragraph 10, on page 8 of the Complaint,  FDICs admissions are documented

throughout its Answer to Plaintiff.

Contract Defendants' are governed by its indemnification clause between the

FDIC and Securiguard, USEC, Workforce Violence Institute, et.al, to accept full liability

of harm caused by its negligence. FDIC admissions by its own Answer to Plaintiff

complaint, affidavits from James T. Lantelme, Jenekia Johnson, Randi Mendolsohn,

William Kmentz et.al, confirmed that **Douglas R. Fahey** initiated the use of the

interception of Plaintiff's oral communication, violated Plaintiff, and engaged into all

well pleaded violations of Plaintiff filed before this Court. Defendant's are not able to aver from evidence confirmed by FDIC and Defendants own contracts, statements, and documentation.

Plaintiff presented evidence that USEC Corporation by its own contract is a subsidiary of Commerce Funding Corporation. USEC confirmed by its own statement that Douglas R. Fahey was not employed by Securiguard. USEC Services Corporation confirmed under contract number 03-00303-C-CF that the contract's Name and Address is: **Commerce Funding Corporation**, **USEC Service Corporation**, 7531 Leesburg Pike, Suite 402, Falls Church, Virginia 22043. Attn: Chris Taylor. USEC Commerce Funding Corporation under the Department of Defense contract affirmed that it is an alleged **Women-Owned Business** under the Ethic Group of a **Black American** which is questionable in lieu that David L. Marvil is a Hispanic male.

CEO Patricia Del Marvil and David Linwood Marvil confirmed by its own filing, documents, contracts and website advertisements of its contract and sub-contractual relationship. Defendant's arguments are lubricious and moot.

The FDIC, in good, faith has agreed to enter into a Global Settlement Agreement with Plaintiff with the understanding that Plaintiff will be able pursue continue claims against all named Defendants. If an agreement is reached, Plaintiff will request a Settlement Conference with Judge Kay through David Rose, Esq. appointed to enter into settlement with the FDIC and named defendants.

A reputable company or corporation would not allow, permit, and approve for an unlicensed contract security guard (Douglas R. Fahey) to continue employment upon having knowledge that Fahey was employed by USEC Corporation.

3

Patricia Marvil and David Marvil both had knowledge that Fahey was not employed by USEC Services Corporation which was confirmed by USEC. A reputable person would have reported the impropriety to FDIC, contacted Plaintiff with an apology and any make whole remedies due to the negligence caused by its employee Douglas R. Fahey.

Counsel's frivolous response is a deliberate attempt to circumvent orderly rules of the court and shows a depraved indifference to the just, orderly and inexpensive administration of justice.

Defendants in accordance to their own defiance are not entitled to any special favors, USEC Corporation contracts with the Department of Defense under contract number F4460002C0002 (Air Command), OAC21-1 CONS/CC Langley. USEC Corporation was hired by the FDIC to perform work for the Federal House Finance Board (FHFB) with a compensation ceiling of **$26,411,939.14**. However, USEC allowed Fahey to impersonate an investigator under a Guard Services contract.

Mr. Lawrence Ginder, GSA Contract Specialist on <u>October 13, 2006</u> confirmed that <u>Number 03-00303-C-CF</u> assigned under FDIC Security Services Contract (Securiguard, Incorporation) is a <u>TASK ORDER</u> and not a CONTRACT NUMBER. The contract number is <u>GS-07F-9346-S.</u> Mr. Ginder is located in Ft. Worth Texas at 817-574-2444.

Securiguard only was authorized to contract <u>GUARD SERVCIES</u> under <u>GS-07F-0291N</u> D.Fahey was paid under both Securiguard and USEC Corporation as an unlicensed investigator. All evidence that Douglas R. Fahey (Securiguard contractor) unlicensed was provided to FDIC reported officials on <u>January 19, 2006</u>.

USEC Services Corporation was retained by the FDIC to provide services to the Federal Housing Finance Board (FHFB). USEC also contracts with the Defense Department and perform <u>Guard Services</u> under the acronym of <u>WHS RE&F Directorate</u> which is the Real Estate and Facilities (RE&F Directorate).

Wherefore, Plaintiff request that this Honorable Court Strike the defendant's frivolous Motion to Strike Plaintiff's Opposition and moves this Honorable Court to Order Defendant's to Answer Plaintiffs Complaint and set a date for Pre-trial Conference.

**<u>Wherefore</u>**, USEC Services Corporation confirmed by its own contract address that it is does business under the alias of **<u>Commerce Funding Corporation</u>** which is a **<u>Wells Fargo Bank</u>**.

*Wherefore*, Plaintiff request that Defendants are **<u>ordered</u>** to provide a listing of investors, statements, SEC filings, and documentation of all investors whom benefited from the receipt of return of excess funds to determine whether or not any Judges within the U.S. District Court may have to recuse themselves from presiding over Plaintiff claims against the Federal Deposit Insurance Corporation (FDIC), Securiguard, USEC Services Corporation, et.al.

**<u>Whereas</u>**, Plaintiffs has demonstrated that she is legally entitled to proceed with her complaint before this Honorable Court, and request that his Honorable Court <u>subpoena financial filings of named defendants.</u>

Respectfully submitted,

Yolanda C. Gibson-Michaels (prose)
2210 Anvil Lane
Temple Hills, Maryland 20748

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **10th day of March 2007**, a copy of the

foreging Plaintiff's Opposition to Defendant's Securiguard and USEC Services

Motion to Strike and Motion to Set Pre-trial Conference was mailed by Certified Mail to

the following:

David Zachary Kaufman, Esq.
Kaufman Law Firm, A Professional Corporation
11350 Random Hills Road – Suite 800
Fairfax, Virginia  22030
Counsel for Defendants Securiguard, Inc.
   and USEC Corporation

Scott D. Helsel (D
Walton & Adams, PC
1924 Isaac Newton Square
Reston, Virginia  20190

Tina Lamoreaux, Counsel
Federal Deposit Insurance Corporation (FDIC)
3501 North Fairfax Drive
Arlington, Virginia 22226

Jenekia J. Johnson, Prose Defendant
1414 Colony Road
Oxon Hill, Maryland  20748

Douglas R. Fahey
3716 Dalebrook Drive
Dumfries, Virginia  22015-1804

Patricia Del Marvil
Chairman CEO
Securiguard Incorporation
6858 Old Dominion Drive – Suite 307
McLean, Virginia  22101

David L. Marvil
Chairman CEO
USEC Corporation
7531 Leesburg Pike – Suite 402
Falls Church, Virginia  22101

6

Claire Whitaker
Assistant U.S. Attorney
555 4th Street, N.W. Room E-4204
Washington, D.C. 20530

Jeffery A. Taylor
Assistant U.S. Attorney
555 4th Street, N.W. Room E-4204
Washington, D.C. 20530

Rudolph Contreras
Assistant U.S. Attorney
555 4th Street, N.W. Room E-4204
Washington, D.C. 20530

Jenekia J. Johnson, Prose Defendant
1414 Colony Road
Oxon Hill, Maryland  20748

Douglas R. Fahey
3716 Dalebrook Drive
Dumfries, Virginia  22015-1804

Patricia Del Marvil
Chairman CEO
Securiguard Incorporation
6858 Old Dominion Drive – Suite 307
McLean, Virginia  22101

David L. Marvil
Chairman CEO
USEC Corporation
7531 Leesburg Pike – Suite 402
Falls Church, Virginia  22101

Robert Feldman, Executive Secretary
Federal Deposit Insurance Corporation
550 17th Street, N.W.
Washington, D.C.  20429

Claire Whitaker
Assistant U.S. Attorney
555 4th Street, N.W. Room E-4204
Washington, D.C.  20530

Jeffery A. Taylor
Assistant U.S. Attorney
555 4th Street, N.W. Room E-4204
Washington, D.C.  20530

Rudolph Contreras
Assistant U.S. Attorney
555 4th Street, N.W. Room E-4204
Washington, D.C.  20530

8



**YAHOO! MAIL**    Welcome, **ygmichaels**
[Sign Out, My Account]

Mail Home - Mail Tutorials - Help

| **Mail Plus** | **Addresses** | **Calendar** | **Notepad** | **Mail For Mobile** - **Mail Upgrades** - **Options** |

**Check Mail**    **Compose**        **Search Mail**    **Search the Web**

Previous | Next | Back to Messages

**Delete**    **Reply**    **Forward**    **Spam**    **Move...**

This message is not flagged. [ Flag Message - Mark as Unread ]    Printable View

**Subject:**  RE: RE: FW: Yolanda Gibson-Michaels

**Date:**  Wed, 28 Feb 2007 17:06:26 -0500

**From:**  "Whitaker, Claire (USADC)" <Claire.Whitaker@usdoj.gov>    View
Contact Details    Add Mobile Alert

**To:**  "Yolanda Gibson-Michaels" <ygmichaels@yahoo.com>

Ms. Gibson-Michaels:

As I understand it, there is nothing on the table concerning settlement at this
time.  Do you have a proposal?  If so, please provide me with the proposed
terms? Thank you.

AUSA Claire Whitaker
U.S. Attorney's Office - D.C.
555 4th St., N.W.  Room E-4204
Washington, D.C. 20530
202-514-7137 (o)
202-514-8780 (fax)

---

**From:** Yolanda Gibson-Michaels [mailto:ygmichaels@yahoo.com]
**Sent:** Wednesday, February 28, 2007 4:43 PM
**To:** claire.whitaker.@usdoj.gov; regionald.rowan@usdoj.gov
**Cc:** Cohen, Meredyth (CIV); RoseLawFirm; Sandra RoseRose LawFirm
**Subject:** Fwd: RE: FW: Yolanda Gibson-Michaels

Attorney Whitaker,

The attached proposed discussion for settlement was initially sent to DOJ
Attorney Cohen as a courtesy because she had enter her appearance to
represent FDIC before the U.S. Federal Appeal Court.

Note: forwarded message attached.

*Yolanda C. Gibson-Michaels*

The HTML graphics in this message have been blocked. [Show HTML

Yahoo! Mail - ygmichaels@yahoo.com

1/3/07

**YAHOO! MAIL**

Yahoo! My Yahoo! Mail

Welcome, **ygmichaels**
[Sign Out, My Account]

Search:

Mail For Mobile - Mail Upgrades - Options

Mail Home - Mail Tutorials - Help

| Check Mail | Compose | | Mail Plus ∨ | Addresses ∨ | Calendar ∨ | Notepad ∨ | | | Web Search |
|---|---|---|---|---|---|---|---|---|

Search: [ ] [Search Mail] [Search the Web]

**Folders** [Add - Edit]

Inbox (36)

Draft

Sent [Empty]

Bulk [Empty]

Trash [Empty]

**My Folders** [Show]

**Search Shortcuts**

My Photos

My Attachments

Previous | Next | Back to Messages

[Delete] [Reply ∨] [Forward ∨] [Spam ∨] [Move... ∨]

Printable View

This message is not flagged. [ Flag Message - Mark as Unread ]

**From:** "David Rose" <DaveR@roselawyers.com> [View Contact Details] [Add Mobile Alert]

**To:** "Yolanda Gibson-Michaels" <ygmichaels@yahoo.com>

**CC:** "Sandra RoseRose LawFirm" <shudson@roselawyers.com>

**Subject:** RE: FW: Yolanda Gibson-Michaels

**Date:** Wed, 31 Jan 2007 16:09:31 -0500

Ylolanda:

I spoke with Dvid Eisenstein a few minutes ago and he said that he was working on something concerning settlement and hoped to have it for me [us] early next week.

Dave Rose

-----Original Message-----
**From:** Yolanda Gibson-Michaels [mailto:ygmichaels@yahoo.com]
**Sent:** Monday, January 29, 2007 5:52 PM
**To:** MeredythCohenDOJCivil
**Cc:** RoseLawFirm; RoseLawFirm; Sandra RoseRose LawFirm
**Subject:** Fwd: FW: Yolanda Gibson-Michaels

FYI—Please contact either FDIC or Attorney David Rose regarding possible settlement negotiations. I don't know if you would need to be involved regarding settlement negotiations.

Note: forwarded message attached.

**CONTRACT MODIFICATION**
Federal Deposit Insurance Corporation
550 17th Street, NW, PA-4th Floor
Washington, DC 20429

Fraud →→

| | |
|---|---|
| Contract Number:  03-00303-C-CF<br>Task Order Number:  N/A | Modification: 1 |
| Contractor's Name and Address:<br>Commerce Funding Corp.  ←<br>USBC Service Corporation<br>7531 Leesburg Pike, Suite 402<br>Falls Church, Virginia 22043<br>Attn: Chris Taylor | Effective Date of Modification:<br>Date signed by FDIC Contracting Officer<br>below |

This Modification is issued pursuant to:

__X__ Authority of the FDIC Contracting Officer _____ Mutual Agreement of the Parties Hereto.

**Purpose:**
The purpose of this modification is to establish a new Purchase Order/Contract Number and new line numbers.

**Accordingly:**

1. Purchase Order/Contract Number 03-00303-C-CF is deleted and replaced with Number CORHQ0000000374.  All future correspondence, including invoices, shall reference the new Purchase Order/Contract Number.

2. New Line Item numbers and descriptions are as follows.  All invoices shall reflect the appropriate line items being charged.

> Line 1   Security Services
> Line 2   FEHB MOU for Security Services

All other terms and conditions in the contract remain unchanged and in full force and effect.

__X__ Contractor is not required to sign this document.
_____ Contractor is required to sign this document and return 2 copies to issuing office.

**CONTRACTOR:**

By:_____

Name:_____

Title:_____

**FEDERAL DEPOSIT INSURANCE CORPORATION**

By: _Harry D Baker_

Name: Harry D. Baker

Title: Contracting Officer

COMMERCE FUNDING CORPORATION - VIENNA, VA 22182 - Money, Government Contracts in 2005 - 1945 OLD GA...    Page 1 of 2

# GovernmentContractsWon.com

Home | Contractor Search | About







**Federal Job Opportunity**
Tech Experts Needed. Fit the bill?
Search over 80K+ job listings.
www.Dice.com

**Federal Contract**
Get access to thousands of Gov't
bids and RFPs. Free Market
Analysis
www.BidNet.com

**Free Government Grant Kit**
$10,000 in Free Government
Grants Never Repay - Everyone
Approved!
Government_Grant.Free-Ga...

**Federal government grants**
$150k loan for $381/month Save
$1000's - Apply Now!
Refinance.Low.com

## COMMERCE FUNDING CORPORATION
### 1945 OLD GALLOWS RD
### VIENNA, VA 22182

Government Contracts for the above Location in 2005
for the Defense Department

### Government Contractor Info

| Download Data | |
|---|---|
| Government Contractor/ Address | **COMMERCE FUNDING CORPORATION** 1945 OLD GALLOWS RD VIENNA, VA 22182 |
| Type of Business Entity | Small Disadvantaged Business (SDB) Performing in the United States |
| Women-Owned Business | |
| HUB Zone | Yes |

To a Spreadsheet or Other File Type

Download all the Defense Contract Data Records for
this contractor from 2000 - 2005

← AVA
USGA
David L Mark
Ava wells Fargo

Ads by Goooooogle

## Search

### Ads by Google
Government Contract
Defense Contract
Federal Defense
Defense Department

### Defense Contractors:
Contractors by Name
Contractors by Zip Code
Contractors by City
Contractors by County

### Defense Contracts:
Contracts by Product/Service
Contracts by Weapon System
Contracts by Place of Performance
Contracts by Contracting Office

### Directories
**Defense Contracts:**
Contractors by Name
Contractors by Zip Code
Contractors by City

COMMERCE FUNDING CORPORATION - VIENNA, VA 22182 - Money, Government Contracts in 2005 - 1945 OLD GA...    Page 2 of 2

| Representation | No |
|---|---|
| Ethnic Group | Black American |
| Veteran-Owned Small Business | - |
| 2005 Government Contracts | 1/$-10 |
| 2004 Government Contracts | 0/$0 |
| 2003 Government Contracts | 0/$0 |
| 2002 Government Contracts | 0/$0 |
| 2001 Government Contracts | 0/$0 |
| 2000 Government Contracts | 0/$0 |

**Download Data**

To a Spreadsheet or Other File Type

Download all the Defense Contract Data Records for this contractor from 2000 - 2005

Ads by Goooooogle

**Government Contractors**
Win More Bids - With Benefits That are Competitive and Compliant
www.boeinggroup.com

**Federal HR at NY HR Week**
HR & EEO in the Federal Workplace New conference for 2007!
www.fedhrconferences.com

**Selling to the Government**
Win Government Contracts. Get a GSA Schedule. Over 20+ yrs experience.
www.clearcoastusa.com

Contractors by County
Contractors by Product/Service
Contractors by Weapon System
Contractors by Place of Performance
Contractors by Contracting Office

## Defense Contract List for the Year 2005 for COMMERCE FUNDING CORPORATION

| Product/Service | Educational Services |
|---|---|
| Government Contracting Office | 1SCONS/CC |
| Claimant Program | SERVICES |
| Weapon System | - |
| Contract Count | 1 |
| From Date | 03/15/2005 |

| | Principal Place of Performance | Hampton, Virginia (Hampton City, County) |
|---|---|---|
| Contract Dollar Amount | | $(available with download) |
| To Date | | 03/15/2005 |

Copyright ©2007 GovernmentContractsWon.com All rights reserved.

SEC Info - Usec Inc - 10-K - For 12/31/04 - EX-21

*SEC Info*    Home    Search    My Interests    Help    Sign In    *Please Sign In*

# Usec Inc · 10-K · For 12/31/04 · EX-21

### Filed On 3/16/05 11:41am ET · SEC File 1-14287 · Accession Number 950133-5-1062

| Find | | in "this filing." | Show  docs searched  and every "hit". |
| Help... | Wildcards: ? (any letter), * (many)  Logic: for Docs: & (and), | (or); for Text: | (anywhere), "(&)" (near) | | |

## Annual Report · Form 10-K
## Filing Table of Contents

| Document/Exhibit | Description | Pages | Size |
|---|---|---|---|
| 1: 10-K | Usec Inc. · Form 10-K | HTML | 773K |
| 2: EX-4.6 | Employee Restricted Stock Award Agreement (Stock in Lieu of Annual Incentive) | HTML | 24K |
| 3: EX-4.7 | Employee Restricted Stock Award Agreement (Three Year Vesting) | HTML | 24K |
| **4: EX-21** | **Subsidiaries of Usec Inc.** | **HTML** | **6K** |
| 5: EX-23.1 | Consent of Pricewaterhousecoopers Llp | HTML | 7K |
| 6: EX-31.1 | Certification of Ceo | HTML | 14K |
| 7: EX-31.2 | Certification of Cfo | HTML | 14K |
| 8: EX-32 | Certification of Ceo and Cfo | HTML | 9K |
| 9: EX-99.5 | Annual Certification of Ceo With the New York Stock Exchange | HTML | 9K |

| As Of | Filer | Filing | As/For/On Docs:Pgs | Issuer | Agent |
|---|---|---|---|---|---|
| 3/16/05 | Usec Inc | 10-K | 12/31/04  9:120 | | 95013 |

## EX-21 · Subsidiaries of Usec Inc.

SEC Info - Usec Inc - 10-K - For 12/31/04 - EX-21

Page 4 of 4

**EXHIBIT 21**

**SUBSIDIARIES OF USEC Inc.**

| Name of Subsidiary | State of Incorporation |
|---|---|
| United States Enrichment Corporation | Delaware |
| USEC Services Corporation | Delaware |
| USEC Overseas, Inc. | U.S. Virgin Islands |
| NAC Holding Inc. | Delaware |
| NAC International Inc. (a subsidiary of NAC Holding Inc.) | Delaware |

*Alternative Formats:* Rich Text / Word (.rtf), Text (.txt), EDGAR (.sgml), XML (.xml), et al.

*Copyright © 2007 Fran Finnegan & Company  All Rights Reserved.*
*www.secinfo.com - Fri, 9 Mar 2007 02:27:09.0 GMT - Help at SEC Info*

Government Contracts - Money, Defense Department, Federal Government Contracts

# GovernmentContractsWon.com

Home | Contractor Search | About



## Government Contracts
Looking for government contracts? See our government contracts guide.
GovernmentContractDirector...

### Contracts
Get access to thousands of Gov't. bids and RFPs. Free Market Analysis
www.BidNet.com

### Government Contractors
Competitive Benefit Solutions that Comply with Regs and Lower Costs
www.boongroup.com

### HP Federal Gov't Web Site
Printers and Imaging products For your organization From HP.
www.hp.com

Ads by Gooooogle

## Defense Contractor Search by Name

Enter the Name of a Defense Contractor:

commerce funding [ GO ]

(TIP: partial names can be entered; for example, 'air' will return a list of all contractor names containing the letters 'air')

### Free Search for Gov. Bids
Search huge database for free 1000's of gov. bid opportunities
www.BiddersResource.com

### Federal Contracts
Federal Grants, Budgets, pre-RFPs all in one for $995 per year.
www.fedxcoil.com

### Defense Contracting
Outstanding Record Of Performance. Contact Us Today At 800-454-3081.
www.ExecuSys.com



Ads by Gooooogle

## Search

Ads by Google
· Department of Defen:
· DHS Contracts
· Doe Contracts
· Military Defense

Defense Contractors:
Contracts by Name
Contractors by Zip Code
Contractors by City
Contractors by County

Defense Contractors:
Contracts by
Product/Service
Contracts by
Weapon System
Contracts by
Place of Performance
Contracts by
Contracting Office

## Directories

Defense Contracts:
Contractors by Name
Contractors by Zip Code
Contractors by City

[ Download Data ]

*To a Spreadsheet or Other File Type*

| Government Contractor Name/Address | 2005 contract count/ amount | 2004 contract count/ amount | 2003 contract count/ amount | 2002 contract count/ amount | 2001 contract count/ amount | 2000 contract count/ amount |
|---|---|---|---|---|---|---|

Government Contracts - Money, Defense Department, Federal Government Contracts

**COMMERCE FUNDING CORPORATION**
1945 OLD GALLOWS RD
VIENNA, VA 22182

| 1/$-10 | 0/$0 | 0/$0 | 0/$0 | 0/$0 | 0/$0 |

Contractors by County
Contracts by
Product/Service
Contracts by
Weapon System
Contracts by
Place of Performance
Contracts by
Contracting Office

Copyright ©2007 GovernmentContractsWon.com All rights reserved.

ZoomInfo Web Summary: Securiguard Inc

Page 1 of 3

## zoominfo
People, Companies, Relationships

| Find | Be Found | PowerSearch | About Us |

commerce funding corporation

Ex: "Jonathan Stern" or "Bryan Burdick at Reuters"

**Find Jobs**    Advanced Search

### BeFound Pro Features
Show all employees at Securiguard Inc
Show competitors to Securiguard Inc

Upgrade

### Job Openings
**indeed**
one search. all jobs.

**what**
Job title, keywords

**where**
city, state, zip

Find Jobs

More Jobs...

### White Papers



## Securiguard Inc

6858 Old Dominion Drive Suite 307
McLean, VA 22101
USA

| | |
|---|---|
| Phone: | (703) 821-6777 |
| Fax: | (703) 790-1696 |
| Website: | www.securiguardinc.com |
| Revenues: | $35.5 Million |
| Employees: | 900 |

This summary was automatically generated using information found on the Internet. View selected web references

### Company Description
Securiguard, Inc. was founded in 1982 with the objective of providing high-quality security services to the Federal Government and commercial sector. Securiguard® brings a vast wealth of experience and technical knowledge to security operations. Managers have extensive security experience, including military, security of nuclear facilities, detention facilities, and

### Key People
Patricia Marvil, Founder and Owner
David Marvil, Co-Founder
Frederick Williamson, Executive Vice President for Administration

Zoominfo Web Summary: Securiguard Inc

Page 2 of 3

BNET Marketing ROI Calculator

FMLA 10 Common Mistakes

Fifty Behavior Based Interview Questions

**More**

Powered By
B N E T

**Summary Tools**

Download as vCard

Forward

Blog This!

About Thumbsbots thumbnails

**Web References**

**Securiguard, Inc.**
www.securiguardinc.com/
Last Visited: 9/16/2006

Securiguard, Inc. was founded in 1982 with the objective of providing high-quality security services to the Federal Government and commercial sector. Securiguard® brings a vast wealth of experience and technical knowledge to security operations. Managers have extensive security experience, including military, security of nuclear facilities, detention facilities, and embassies. Subsequent to its founding, Securiguard has consistently offered a uniquely professional brand of high-quality security services nationally and internationally. A major factor in the success and growth of Securiguard is the importance placed on four tenets: recruitment of quality security personnel; extensive training programs; use of advanced technology; and the building of effective security teams managed by professional management staffs. Combining these four tenets, Securiguard continues to extend the remarkable success of the Company in providing the very best security services available. Equipped with the latest equipment and superior training, a professional Securiguard security officer is ready to protect you, your family, your business, and your employees. Our security experts are available to provide an assessment of your security needs free of charge or commitment.

**Securiguard, Inc.**
www.securiguardinc.com/
Last Visited: 9/16/2006

Securiguard, Inc. was founded in 1982 with the objective of providing high-quality security services to the Federal Government and commercial sector.

View more references for Securiguard Inc

Q.

○ 80 - 100
○ 101 - 120
○ 121 - 130
○ 131 - 160+

Take the
FREE IQ TEST

Click Here



Tickle Your Brain

# GovernmentContractsWon.com

Home    |    Contractor Search    |    About

**Federal Job Opportunity**
Don't just search for a job find
Analysis
www.Dice.com



**Federal Contract**
Get access to thousands of Gov't.
bids and RFPs. Free Market
Analysis
www.BidNet.com



**Free Government Grant Kit**
$10,000 in Free Government
Grants Never Repay - Everyone
Approved!
Government_Grant.Free-Gra...



**DoD Logistics Jobs**
Find jobs that make a difference
with the US Department of
Defense.
www.aticareercenter.com



## USEC SERVICE CORP
### 7531 LEESBURG PKE, STE 402
### FALLS CHURCH, VA 22043

Government Contracts for the above Location in 2003
for the Defense Department

| Government Contractor Info | |
|---|---|
| **Government Contractor/ Address** | USEC SERVICE CORP<br>7531 LEESBURG PKE, STE 402<br>FALLS CHURCH, VA 22043 |
| Type of Business Entity | Other Small Business (SB)<br>Performing in the United States |
| Women-Owned Business | No |
| HUB Zone Represetation | No |

| Government Data | |
|---|---|
| **Download Data** | |
| Download all the Defense Contract Data Records for this contractor from 2000 - 2005<br>To a Spreadsheet or Other File Type | |

Ads by Goooooogle

**Search**

**Ads by Google**
Defense Contract
Defense Department
DOD Jobs
Defense Procuremen

**Defense Contractors:**
Contractors by Name
Contractors by Zip Code
Contractors by City
Contractors by County

**Defense Contracts:**
Contracts by Product/Service
Contracts by Weapon System
Contracts by Place of Performance
Contracts by Contracting Office

**Directories**
**Defense Contracts:**
Contractors by Name
Contractors by Zip Code
Contractors by City

| | |
|---|---|
| Ethnic Group | -- |
| Veteran-Owned Small Business | -- |
| 2005 Government Contracts | 0/$0 |
| 2004 Government Contracts | 0/$0 |
| 2003 Government Contracts | 1/$80,154 |
| 2002 Government Contracts | 2/$429,846 |
| 2001 Government Contracts | 2/$320,368 |
| 2000 Government Contracts | 2/$448,939 |

**Download Data**

*Download all the Defense Contract Data Records for this contractor from 2000 - 2005*
*To a Spreadsheet or Other File Type*

Ads by Goooooogle

**Government Contractors**
Win More Bids - With Benefits That are
Competitive and Compliant
www.boongroup.com

**Federal Foreclosure**
Save 50% On Real Estate, From 10K. $1 To
Search Listings Now. Secure.
www.Bargain.com/Foreclosures

**Federal HR at NY HR Week**
HR & EEO in the Federal Workplace New
conference for 2007!
www.fedhrconferences.com

Contractors by County
Contracts by Product/Service
Contracts by Weapon System
Contracts by Place of Performance
Contracts by Contracting Office

## Defense Contract List for the Year 2003
## for USEC SERVICE CORP

| Product/Service | Government Contracting Office | Principal Place of Performance | |
|---|---|---|---|
| | Guard Services | | |
| Claimant Program | WHS RE&F Directorate | Arlington, Virginia (Arlington County) | |
| SERVICES | | | |
| Weapon System | | | |
| NOT DISCERNABLE OR CLASSIFIED | | | |
| Contract Count | | Contract Dollar Amount | |
| 1 | | $(available with download) | |
| From Date | | To Date | |
| 09/30/2003 | | 09/30/2003 | |

Copyright ©2007 GovernmentContractsWon.com All rights reserved.