UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

YOLANDA C. GIBSON-MICHAELS,　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　Plaintiff,　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　v.　　　　　　　　　　　　　　　　　:　　　CASE NO. 1:06CV01938 (RMU)
　　　　　　　　　　　　　　　　　　　　　　　:
SECURIGUARD, INC., et al.　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　Defendants.　　　　　　　　　　　　:

**DEFENDANT SECURIGUARD, INC. AND USEC CORPORATION'S
REPLY BRIEF IN SUPPORT OF THEIR MOTION TO STRIKE PLAINTIFF'S
OPPOSITION TO DEFENDANTS' LOCAL RULE 7.1 CERTIFICATION**

Pursuant to Local Civil Rule 7(d), Defendants Securiguard, Inc. ("Securiguard")

and "USEC Corporation"[1] ("USEC") (collectively "the Security Guard Defendants"), by

counsel, hereby reply to "Plaintiff's Opposition to Defendant's Securiguard and USEC

Services Motion to Strike and Motion to Set Pre-trial Conference" (Docket Entry No. 20)

("Plaintiff's Opposition Brief").[2]

In their opening papers (Docket Entry Nos. 18 and 19) asking the Court to strike

the Plaintiff's "Opposition to Defendants' Local Rule 7.1 Certification" (Docket Entry

No. 16), the Security Guard Defendants respond to and corrected a number of factually

misleading and false assertions that the Plaintiff, appearing *pro se*, had made when she

---

[1] USEC's proper name is USEC Service Corporation.

[2] The purpose of the Plaintiff's Opposition Brief appears to be two-fold: first, to oppose the Security Guard Defendants' motion to strike her "opposition" to their Local Rule 7.1 disclosure; and, second, to request that the Court schedule a pre-trial conference. To the extent the Plaintiff's request for a "pre-trial conference" is merely a request for all counsel and the Plaintiff (or her counsel, if she has one) to meet and confer pursuant to Local Civil Rule 16.3, there is no need for judicial intervention on that score, at least at this time, since the parties are currently scheduling a date and time within the next few days to meet and confer pursuant to Local Civil Rule 16.3. Accordingly, the Security Guard Defendants will only address in this reply brief the Plaintiff's arguments and allegations related to her opposition to their Local Civil Rule 7.1 disclosure.

took the unusual step of objecting to the Security Guard Defendants' Local Civil Rule 7.1 disclosure in this case. Had the Plaintiff's Opposition Brief merely been unpersuasive, no further reply by the Security Guard Defendants might be necessary. However, the Plaintiff's Opposition Brief continues to be filled with factual misstatements that cannot stand uncorrected.

For example, the Plaintiff persists in alleging that "USEC Corporation … is a subsidiary of Commerce Funding Corporation," and claims that various unauthenticated and unexplained documents she has submitted to the Court proves her theory. (Pl. Opp. Br. at 3.) The Plaintiff's allegations and assertions are false. While Commerce Funding Corporation is a creditor of USEC, Local Civil Rule 7.1 does not require a corporation to identify its creditors as part of the required disclosure. Commerce Funding Corporation is not USEC's parent or subsidiary corporation; USEC is not Commerce Funding Corporation's parent or subsidiary corporation; and the two entities are not affiliates. As such, Commerce Funding Corporation was not required to be disclosed in the USEC's Local Civil Rule 7.1 disclosure.[3]

The Plaintiff also incorrectly alleges that USEC claims (fraudulently, or so the Plaintiff insinuates) to be a "Woman-Owned Business under the Ethnic Group of a Black American." (Pl. Opp. Br. at 3.) Again, the Plaintiff's allegation is false; indeed, it appears to be based wholly upon the Plaintiff's misperception that USEC and Commerce

---

[3] Even if Local Civil Rule 7.1 required disclosure of Commerce Funding Corporation (or of Commerce Funding Corporation's apparent relationship with Wells Fargo & Company, a publicly traded company, through a merger in 2006), the only purpose for such disclosure would be to assist the Court in determining whether recusal might be warranted. If the Court has no relationship with Wells Fargo & Company or Commerce Funding Corporation that might warrant recusal, the Plaintiff's objection is moot regardless of its merits.

Funding Corporation are one and the same company, as well as an internet printout she appears to have found somewhere apparently suggesting that Commerce Funding Corporation—*not* USEC—may have a particular government contract with the Department of Defense. Of course, Commerce Funding Corporation—and whatever government contracts it may, or may not, have—is irrelevant to the issues in this case.

The Plaintiff also alleges—for the first time, and inconsistently with the allegations discussed and dispelled above—that "USEC Corporation is a subsidiary of USEC Incorporation" and that "USEC Services Corporation is also incorporate[ed] in the State of Delaware." (Pl. Opp. Br. at 2.) As support for these allegations, the Plaintiff appears to rely upon a partial internet printout she found somewhere of an SEC 10-k filing by a publicly-traded company called "USEC Inc," which apparently owns a subsidiary corporation, incorporated in Delaware, named "USEC *Services* Corporation." (Emphasis added.) Again, the Plaintiff's allegations are false. Let's set the facts straight. USEC, Inc.—one of the two new corporations mentioned by the Plaintiff—apparently is a "global energy company" incorporated in Delaware and headquartered in Bethesda, Maryland. (*See* http://www.usec.com/ (visited March 14, 2007).) Neither USEC, Inc. nor its subsidiary, "USEC *Services* Corporation" (emphasis added), is a defendant in this case. By comparison, USEC—the defendant in this case—is named USEC *Service* Corporation (emphasis added); it is a Virginia corporation, not a Delaware corporation; and it has no relationship with either USEC Inc. or that corporation's subsidiary, USEC *Services* Corporation. That USEC *Service* Corporation—the defendant in this case—and USEC *Services* Corporation—*not* a defendant in this case—are separate entities is evident in the District of Columbia's on-line corporate records, which reveal that each is

separately registered as a foreign corporation doing business in the District of Columbia. (*See* Printouts from corporate registration site at http://www.dc.gov/, attached hereto as Exhibit A (visited March 14, 2007).)

The Plaintiff's Opposition Brief also claims that "[t]he FDIC, in good faith, has agreed to enter into a Global Settlement Agreement with Plaintiff with the understanding that Plaintiff will be able to pursue continue[d] claims against all named Defendants. If an agreement is reached, Plaintiff will request a Settlement Conference with Judge Kay through David Rose, Esq. appointed to enter into settlement with FDIC and named defendants." (Pl. Opp. Br. at 3.) Although the Plaintiff's statement is somewhat confusing, and undersigned counsel has not been involved or even asked to participate in settlement discussions, it is our understanding that the FDIC has not entered into, nor agreed to enter into, a settlement agreement for some or all of the Plaintiff's claims.

There are a number of other misstatements in the Plaintiff's Opposition Brief, many of which appear to be in the form of argument addressing the substance of the case. Rather than lengthen this reply brief, it is sufficient at this time for the Security Guard Defendants to note their general denial of all factual allegations and assertions found in the Plaintiff's Opposition Brief.

Wherefore, for the reasons stated herein and in their opening papers, the Security Guard Defendants respectfully request that the Court strike "Opposition to Defendant's Local Rule 7.1 Certification" (Docket Entry No. 16), and that the Court deny the Plaintiff's request for a court-ordered subpoena compelling the Security Guard Defendants to turn over financial information to the Plaintiff and the Court.

Respectfully submitted,

_____/s/_____
Scott D. Helsel (DC Bar No. 455763)
WALTON & ADAMS, P.C.
1924 Isaac Newton Square
Suite 250
Reston, VA 20190
(703) 790-8000 (voice)
(703) 790-8016 (fax)

*Counsel for the Defendants Securiguard, Inc.
and USEC Service Corporation*

## CERTIFICATE OF SERVICE

I hereby certified that I caused a true and correct copy of this document to be served by ECF for all counsel of record and by first class mail, postage prepaid, on each of the following on this ___ day of March 2007:

Yolanda C. Gibson-Michaels, *Pro Se*
2210 Anvil Lane
Temple Hills, MD 20748

David Rose, Esquire
Rose & Rose
1320 19th Street, NW, Suite 601
Washington, DC 20036-1655

All Defense Counsel of Record in Related Cases (by e-mail only)

_____/s/_____
Scott D. Helsel



| DC HOME | ABOUT DC | RESIDENTS | BUSINESS | VISITORS | DC GOVERNMENT | ☆ Kids ☆ |



**WELCOME TO WASHINGTON**
**District of Columbia**

MAYOR
Adrian M. Fenty

## Organization Information

**DCRA HOME**

**SERVICES**
Basic Business License
Business Resource Center
Building/Land Regs
Compliance/Enforcement
Organization Registration
Inspections
Land Plats
Licensing Center
Building Plan Review
  Status
Permits

**INFORMATION**

**ONLINE SERVICE
REQUESTS**

## Registered Organization Search

STEP 1 2 3 Your Search Results

Searched for: **USEC**

We have found the following results for your query. Click on the radio button next to the organization you wish to view, then click the **Continue To** button below to view the organization's registration information and status.

| Organization Name / State | Status | Date | File No. |
|---|---|---|---|
| ○ USEC INC., DE | ACTIVE | 3/1/2004 | 240519 |
| ○ USEC SERVICE CORPORATION, VA | ACTIVE | 10/10/1990 | 903681 |
| ○ USEC SERVICES CORPORATION (DE), DE | ACTIVE | 7/22/1998 | 982391 |
| ○ USEC-FAIRFIELD CORPORATION, DE | REVOKED | 4/3/1984 | 841193 |

Page 1

[ Return To Organization Homepage ]  [ Print Page ]  [ New Search ]  [ Continue To >> ]  Review
Organization Information



EXHIBIT

A

For more information, contact the BBL Info Center at (202) 442-4400 or Ask the Director .

Government of the District of Columbia
Citywide Call Center : (202) 727-1000
TTY/TDD Directory

Telephone Directory by Topic  |  Agencies  |
DC Council  |  Search  |  Elected Officials
Feedback  |  Translation  |  Accessibility  |
Privacy & Security  |  Terms & Conditions

John A. Wilson Building
1350 Pennsylvania Avenue, NW
Washington, DC 20004



| DC HOME | ABOUT DC | RESIDENTS | BUSINESS | VISITORS | DC GOVERNMENT | ☆ Kids ☆ |

**WELCOME TO WASHINGTON**
**District of Columbia**

**MAYOR**
**Adrian M. Fenty**

## Organization Information



**DCRA HOME**

**SERVICES**
Basic Business License
Business Resource Center
Building/Land Regs
Compliance/Enforcement
Organization Registration
Inspections
Land Plats
Licensing Center
Building Plan Review
Status
Permits

**INFORMATION**

**ONLINE SERVICE REQUESTS**

## Online Organization Registration
### Search Registered Organizations

**Organization Details - Step** 1 2 3

To view another organization from the search, select the **Return to Search Results** button below. You may also **print** the organization details, or start a **new search**. Use the **Back to Main Page button** to continue the registration process.

| Organization | Registered Agent |
|---|---|
| **Organization Name:** USEC SERVICE CORPORATION | C T Corporation System |
| **State:** VA | 1015 15th Street, N.W. Ste. 1000 |
| **Status:** ACTIVE | Washington, DC 20005 |
| **Initial Date of Registration:** 10/10/1990 | |
| **File No.:** 903681 | |
| **Organization Type:** FOREIGN BUSINESS CORPORATION | |

| << Back to Main Page | < Return To Search Results | Print Results | New Search |

For more information, contact the BBL Info Center at (202) 442-4400 or Ask the Director .

Government of the District of Columbia
Citywide Call Center : (202) 727-1000
TTY/TDD Directory

Telephone Directory by Topic | Agencies |
DC Council | Search | Elected Officials
Feedback | Translation | Accessibility |
Privacy & Security | Terms & Conditions

John A. Wilson Building
1350 Pennsylvania Avenue, NW
Washington, DC 20004



| DC HOME | ABOUT DC | RESIDENTS | BUSINESS | VISITORS | DC GOVERNMENT | ☆ Kids ☆ |

**District of Columbia**
WELCOME TO WASHINGTON

MAYOR
Adrian M. Fenty

## Organization Information



**DCRA HOME**

**SERVICES**
Basic Business License
Business Resource Center
Building/Land Regs
Compliance/Enforcement
Organization Registration
Inspections
Land Plats
Licensing Center
Building Plan Review
Status
Permits

**INFORMATION**

**ONLINE SERVICE REQUESTS**

### Online Organization Registration
Search Registered Organizations

**Organization Details - Step** [1] [2] [3]

To view another organization from the search, select the **Return to Search Results** button below. You may also **print** the organization details, or start a **new search**. Use the **Back to Main Page button** to continue the registration process.

| Organization | | Registered Agent |
|---|---|---|
| Organization Name: | USEC SERVICES CORPORATION (DE) | C T Corporation System<br>1015 15th Street, N.W. Ste. 1000<br>Washington, DC 20005 |
| State: | DE | |
| Status: | ACTIVE | |
| Initial Date of Registration: | 7/22/1998 | |
| File No.: | 982391 | |
| Organization Type: | FOREIGN BUSINESS CORPORATION | |

[ << Back to Main Page ]   [ < Return To Search Results ]   [ Print Results ]   [ New Search ]

For more information, contact the BBL Info Center at (202) 442-4400 or Ask the Director .

Government of the District of Columbia
Citywide Call Center : (202) 727-1000
TTY/TDD Directory

Telephone Directory by Topic | Agencies |
DC Council | Search | Elected Officials
Feedback | Translation | Accessibility |
Privacy & Security | Terms & Conditions

John A. Wilson Building
1350 Pennsylvania Avenue, NW
Washington, DC 20004



WELCOME TO WASHINGTON
**District of Columbia**



MAYOR
**Adrian M. Fenty**

## Organization Information

DCRA HOME

SERVICES
Basic Business License
Business Resource Center
Building/Land Regs
Compliance/Enforcement
Organization Registration
Inspections
Land Plats
Licensing Center
Building Plan Review
Status
Permits

INFORMATION

ONLINE SERVICE
REQUESTS

### Online Organization Registration
**Search Registered Organizations**

**Organization Details - Step** [1] [2] [3]

To view another organization from the search, select the **Return to Search Results** button below. You may also **print** the organization details, or start a **new search**. Use the **Back to Main Page button** to continue the registration process.

| Organization | | Registered Agent |
|---|---|---|
| **Organization Name:** | USEC INC. | C T Corporation System |
| **State:** | DE | 1015 15th Street, N.W. Ste. 1000 |
| **Status:** | ACTIVE | Washington, DC 20005 |
| **Initial Date of Registration:** | 3/1/2004 | |
| **File No.:** | 240519 | |
| **Organization Type:** | FOREIGN BUSINESS CORPORATION | |

[ << Back to Main Page ]    [ < Return To Search Results ]    [ Print Results ]    [ New Search ]

For more information, contact the BBL Info Center at (202) 442-4400 or Ask the Director .

Government of the District of Columbia
Citywide Call Center : (202) 727-1000
TTY/TDD Directory

Telephone Directory by Topic  |  Agencies  |
DC Council  |  Search  |  Elected Officials
Feedback  |  Translation  |  Accessibility  |
Privacy & Security  |  Terms & Conditions

John A. Wilson Building
1350 Pennsylvania Avenue, NW
Washington, DC 20004