IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

YOLANDA C. GIBSON-MICHAELS )
          Plaintiff, )
           )
SECURIGUARD V.INCORP et al. ) Civil Action No(s).1:06CV01938  RMU
           )
           )
          Defendants )

Plaintiff's Motion to Strike Meet and Confer Schedule
Move to Request and Oral Hearing and Settlement Conference

Now comes, Yolanda C. Gibson-Michaels (prose), Plaintiff in the above-entitled action,

and files a Motion before this Honorable Court to Strike the Meet and Confer schedule and move

to Request an Oral hearing, and Settlement Conference before Magistrate Judge Kay between

Plaintiff and named Defendants. There are no materials or facts in dispute.

     1.     ASUA Whitaker answered Plaintiffs filed before the court on January 22, 2007,

confirmed by admission that this is a **civil action arising under 42 U.S.C. Section 2000e-16** and

**29 U.S.C. section 633a**. Therefore, Defendant's motion to dismiss for failure to state a claim

motions are moot.

     2.     ASUA **admitted that this is the proper venue**. (Refer to page 5 of AUSA

Answer to Plaintiff).

     3.     AUSA admitted that Plaintiff exhausted all administrative remedies (refer to page

7 of AUSA Answer to Plaintiff).

     3.     **U.S. Attorney Jeffery A. Taylor and Assistant U.S. Attorney Rudolph**

**Contreas** both Attorneys **[have not entered their appearance to be a party to this litigation,**

**signed and submitted the Answer to Plaintiff's complaint]**. AUSA Whitaker is the 3rd

signatory to the Answer.

RECEIVED

MAR 2 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

4.    The AUSA Whitaker Answer on behalf of the FDIC confirmed a total number of One-Hundred and Eighteen (118) Admissions to facts in Plaintiff's complaint. A total of 118 admissions clearly substantiate **all facts stated in Plaintiff's complaint** in which relief can be granted.

I.    **Meet To Confer**

5.    AUSA Whitaker notice of appearance was filed with the U.S. District Court on January 22, 2007 to represent FDIC Chairman Shelia C. Bair ("Agency") and Robert Feldman ("Defendant"). AUSA Whitaker civil cover sheet attached hereto affirms under Jurisdiction representation on behalf of the U.S. Government (Defendant).(See Exhibit A)

6.    Pursuant to Rule 12, F.R.Civ.P. in a case involving multiple defendants, the 21-day period shall run from the date of appearance or first filing in the form of an answer or motion, by the defendant who is given the longest time to answer under the Federal Rules of Civil Procedure.

7.    On **Friday, March 16, 2007**, AUSA Whitaker commenced a meet to confer telephone conference by and between Attorney David Rose, Rose & Rose Law Firm between all parties. **Attorney Rose is Class Counsel in a similar age discrimination case filed before this Court against the Federal Deposit Insurance Corporation (FDIC). See Barbara Aliotta v. FDIC 1: 05CV02325.**

8.    Attorney(s) Scott D. Helsel, David Zachary Kaufman, Harvey Levin (named Defendants) and FDIC Attorney Tina A. Lamoreaux were in attendance.

9.    Prior to the March 16th tele-conference, Attorney David Rose and the FDIC Counsel David Einstein agreed to engage into preliminary Settlement discussions on my behalf.

Respectfully, Plaintiff (prose) objects to the attendance of Ms. Tina A. Lamoreaux, Esq. and moves to this Honorable Court to schedule an oral hearing to address the following:

(1) Plaintiff was not aware or had prior knowledge prior to the conference call that Ms. Lamoreaux would unofficially be present. Ms. Lamoreaux **is not** a party to this litigation.

2

(2)    Ms. Lamoreaux **did not** enter her appearance as Counsel on behalf of the Agency nor does the Court docket reflect entry of **appearance** of Ms. Lamoreaux. See **LCvR 83.6**

(3)    AUSA Whitaker represented before this Honorable Court that she was appointed on behalf of the FDIC. AUSA Whitaker did not submit a **withdrawal** of her appearance to not represent the FDIC.

(4)    Ms. Lamoreaux's inappropriate attendance was duly disruptive and only served to **harass**, **hinder**, influence decisions of other named Defendants, and **further delay** the Federal Deposit Insurance Corporation (FDIC) offer to engage into a Global settlement agreement with Plaintiff and to schedule a settlement conference hearing before Magistrate Judge Kay.

AUSA Whitaker acting on behalf of the FDIC is empowered with full settlement authority on behalf of an Agency.

**II.    1ˢᵗ FDIC Initiation of Settlement Discussions with Plaintiff**

On Tuesday, October 24, 2006, FDIC Counsel Kathleen Gunning sent Plaintiff an email to confirm a conversation that FDIC initiated with Plaintiff. FDIC counsel stated, in part, that:

> *"In our telephone conversation today, you indicated that you might be interested in a global settlement of all your claims against the FDIC. I spoke to Tina Lamoreaux and she indicated that she presently has no delegated authority to settle these claims. If you with to enter into settlement discussions, however, she indicated that you should forward any settlement offer to her in writing."*

**2ⁿᵈ FDIC Initiation of Settlement Discussions with Plaintiff**

*On December 14, 2006, FDIC Tina Lamoreaux stated that: "Dear Ms. Gibson-Michaels, after I received your e-mail, I spoke to with Kathy Gunning. Neither she nor I have received any settlement offer from you, global or as to any other matter filed against the FDIC."*

**3ʳᵈ FDIC Initiation of Settlement Discussions with Plaintiff**

*On December 13, 2006, Plaintiff stated to FDIC that: "Ms. Lamoreaux/Gunning, I have agreed to enter into a Global Settlement with the FDIC of all claims by email with Kathleen Gunning dated October 24, 2006. I have retained counsel to represent my interest of a Global Settlement of all clams to and including claims against Securiguard/USEC Corporation et.al, If the FDIC contends that I will into return to the FDIC. The agency will also compensate future earnings...."*

3

On <u>December 15, 2006</u>, Plaintiff retained Attorney David Rose, Esq. acting on an email received from FDIC Kathy Gunning that the FDIC would entertain a Global Settlement. Attorney Rose was retained to negotiate a global settlement initiated by the Federal Deposit Insurance Corporation (FDIC).

#### 4th FDIC Initiation of Settlement Discussions with Plaintiff

**On January 16, 2007, FDIC Counsel Tina Lamoreaux requested that Attorney Rose, Esq. provide assurances to the FDIC that the agency can expect for Plaintiff to comply with settlement terms reached by both parties.**

#### 5th FDIC Initiation of Settlement Discussions with Plaintiff

*On January 31, 2007, "Yolanda I spoke with David Eisenstein a few minute ago and he said that he was working on something concerning settlement and hope to have it for me [us] early next week"*

#### 6th FDIC Settlement Discussions with Plaintiff by AUSA Whitaker

*On February 28, 2007, "Ms. Gibson-Michaels: As I understand it, there is nothing on the table concerning settlement at this time. Do you have a proposal? If so, please provide me with the proposed terms? Thank you."*

On <u>March 7, 2007</u>, per an email request from AUSA Attorney Whitaker, Plaintiff emailed Attorney Rose and AUSA Whitaker a proposed settlement for negotiations. (See Exhibit B – email settlement communications)(See Exhibit A)

FDIC by and through Ms. Lamoreaux breached its verbal and written agreement to Plaintiff and Attorney David Rose, Esq. that the FDIC would engage into a Global Settlement.

<u>Wherefore</u>, Plaintiff requests a hearing before this Honorable Court to address FDICs counsel willful interference into a meet and confer meeting which was held only between parties to the litigation in which Ms. Lamoreaux did not enter her appearance on behalf of the FDIC.

<u>Wherefore</u>, FDICs willful misconduct, breached (promise) to enter into a Global Settlement with Plaintiff by and through Attorney David Rose only served to harass, further discriminate against Plaintiffs age, property right, Family Medical Leave Act (FMLA) race, right to due process; and other EEO discriminatory practices pending adjudication. Plaintiff is entitled to a fair hearing before the Court.

Wherefore, Plaintiff request that this Court conducts a preliminary hearing to discuss the manner in which the meet to confer was conducted; and the FDICs intent to Attorney Rose, Esq. that it would prepare a Global Settlement by confirmed email from FDIC Counsel David Einstein. In good faith, Attorney Rose provided the FDIC with assurances that Plaintiff would comply to any agreement entered into by and between the FDIC.

Respectfully submitted,

Yolanda C. Gibson-Michaels (prose)
2210 Anvil Lane
Temple Hills, Maryland  20748
(301) 630-5062

5

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th **day of March 2007**, copies were mailed to:

**Copies to:**

Harvey A. Levin
Thompson Coburn LLP
1909 K Street, N.W. – Suite 600
Washington, DC  20006

David Zachary Kaufman, Esq.
Kaufman Law Firm
11350 Random Hills Road – Suite 800
Fairfax, Virginia  22030
Securiguard, Inc./USEC Corporation

Scott D. Helsel
Walton & Adams,
1924 Isaac Newton Square
Reston, Virginia  20190

Claire Whitaker, U.S. Attorney
555 4th Street, N.W. E-4204
Washington, D.C.  20530

6

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

YOLANDA C. GIBSON-MICHAELS           )
           Plaintiff,                )
                                 )
                                 )
                   v.                ) Civil Action No.1:06CV01938
Securiguard Inc et al                )
                                 )
           Defendants                )

## ORDER

It is upon consideration of Plaintiff's Request for an Oral hearing

is hereby by Granted on this _____ day of _____, 2007.


                                                      _____
                                                        Judge


**Copies to**:

Harvey A. Levin
Thompson Coburn LLP
1909 K Street, N.W. – Suite 600
Washington, DC  20006

David Zachary Kaufman, Esq.
Kaufman Law Firm
11350 Random Hills Road – Suite 800
Fairfax, Virginia  22030
Securiguard, Inc./USEC Corporation

Scott D. Helsel
Walton & Adams,
1924 Isaac Newton Square
Reston, Virginia  20190

Claire Whitaker, U.S. Attorney
555 4th Street, N.W. E-4204
Washington, D.C.  20530

7

Exhibit A

District of Columbia live database                                    Page 1 of 1

1/22/07

## Notices

1:06-cv-01940-RMU GIBSON-MICHAELS v. BAIR et al

**U.S. District Court**

**District of Columbia**

Notice of Electronic Filing

The following transaction was received from Whitaker, Claire M. entered on 1/22/2007 at 5:51 PM EDT and filed on 1/22/2007

| | |
|---|---|
| **Case Name:** | GIBSON-MICHAELS v. BAIR et al |
| **Case Number:** | 1:06-cv-1940 |
| **Filer:** | ROBERT FELDMAN |
| | SHEILA C. BAIR |

**Document Number:** 26

**Docket Text:**
NOTICE of Appearance by Claire M. Whitaker on behalf of ROBERT FELDMAN, SHEILA C. BAIR (Whitaker, Claire)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** V:\CWhitaker\ECF Documents\Gibson-Michaels\Notice of Appearance.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=1/22/2007] [FileNumber=1326725-0]
[93157bc4a303a217d55fbb1d42d34545bd049774a1eac9b464980e38cd258c9c6b86
52b639e0dbcf6347310fb08fed0c825e8961811172fd7d4893d1ba029365]]

**1:06-cv-1940 Notice will be electronically mailed to:**

Scott D. Helsel    shelsel@walton-adams.com,

David Zachary Kaufman    david@dzklaw.com

Harvey A. Levin    hlevin@thompsoncoburn.com,

Claire M. Whitaker    claire.whitaker@usdoj.gov, reginald.rowan@usdoj.gov

**1:06-cv-1940 Notice will be delivered by other means to:**

YOLANDA C. GIBSON-MICHAELS
2210 Anvil Lance
Temple Hills, MD 20748

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

YOLANDA GIBSON-MICHAELS )
2210 Anvil Lane )
Temple Hills, Maryland 20748 )
)
          Plaintiff, )
)
    v. )    Civil Action No. 06-1940 (RMU)
)
SHEILA C. BAIR, Chairman, )
Federal Deposition Insurance Corporation, )
550 - 17th Street, N.W. - MB-6028 )
Washington, D.C. 20429 )
)
and )
)
SECURIGARD INCORPORATION (38) )
6858 Old Domininion Drive - Suite 307 )
McLean, Virginia 22101 )
Patricia Del Marvil, Chairman CEO )
)
and )
)
USEC CORPORATION (38) )
7531 Leesburg Pike - Suite 402 )
Falls Church, VA 22101 )
David L. Marvil, Chairman CEO )
Registered Agent: CT Corporation Systems )
1015 15th Street, N.W., - Suite 1000 )
Washington, D.C. 20005 )
)
and )
)
WORK VIOLENCE (39) )
RESEARCH INSTITUTE )
Steve Kaufer )
1281 North Gene Autry Trail - Suite K )
Palm Springs, CA 92262 )
)
and )
)
DOUGLAS R. FAHEY (33) )

| | |
|---|---|
| 3716 Dalebrook Drive | ) |
| Dunfries, Virginia 22015-1804 | ) |
| | ) |
| and | ) |
| | ) |
| JENEKIA J. JOHNSON | ) |
| 1414 Colony Road | ) |
| Oxon Hill, Maryland 20748 | ) |
| | ) |
| and | ) |
| | ) |
| ROBERT FELDMAN, Executive Secretary, | ) |
| Federal Deposition Insurance Corporation, | ) |
| 550 - 17th Street, N.W. | ) |
| Washington, D.C. 20429 | ) |
| | ) |
| Defendants. | ) |
| | ) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Claire M. Whitaker, Assistant

U.S. Attorney, as counsel of record for the defendants Sheila C. Bair, Chairman, Federal Deposit

Insurance Corporation and Robert Feldman, Executive Secretary,  Federal Deposit Insurance

Corporation in the above-captioned case.

Respectfully submitted,

CLAIRE WHITAKER, Bar #354530
Assistant United States Attorney
555 Fourth Street, N.W.
Room E4204
Washington, D.C.  20530
(202)514-7137

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served by First-Class Mail; postage

prepaid to:

YOLANDA GIBSON-MICHAELS
2210 Anvil Lane
Temple Hills, Maryland 20748

on this _22nd_ day of January, 2007.

CLAIRE WHITAKER
Assistant United States Attorney
555 Fourth Street, N.W.
Room E4204
Washington, D.C.  20530
(202)514-7137

H
06-1940
RMU

## CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

**I (a) PLAINTIFFS**

Yolanda C. Gibson-Michaels

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF ~~88888~~
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

**DEFENDANTS** Sheila C. Bair, et al

FDIC, NFFN,

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE

CASE NUMBER   1:06CV01940

JUDGE: Ricardo M. Urbina

DECK TYPE: Employment Discrimination

DATE STAMP: 11/14/2006

**II. BASIS OF JURISDICTION**
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

**III CITIZENSHIP OF PRINCIPAL PARTIES**
FOR PLAINTIFF

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

**☐ A. Antitrust**

☐ 410 Antitrust

**☐ B. Personal Injury/ Malpractice**

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

**☐ C. Administrative Agency Review**

☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

**☐ D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

**☐ E. General Civil (Other) OR ☐ F. Pro Se General Civil**

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

13

| ☐ G. *Habeas Corpus/* 2255 | ☐ H. *Employment Discrimination* | ☐ I. *FOIA/PRIVACY ACT* | ☐ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General <br> ☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation) <br><br> *(If pro se, select this deck)* | ☐ 895 Freedom of Information Act <br> ☐ 890 Other Statutory Actions (if Privacy Act) <br><br> *(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ☐ K. *Labor/ERISA* (non-employment) | ☐ L. *Other Civil Rights* (non-employment) | ☐ M. *Contract* | ☐ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act <br> ☐ 720 Labor/Mgmt. Relations <br> ☐ 730 Labor/Mgmt. Reporting & Disclosure Act <br> ☐ 740 Labor Railway Act <br> ☐ 790 Other Labor Litigation <br> ☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act) <br> ☐ 443 Housing/Accommodations <br> ☐ 444 Welfare <br> ☐ 440 Other Civil Rights <br> ☐ 445 Americans w/Disabilities-Employment <br> ☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance <br> ☐ 120 Marine <br> ☐ 130 Miller Act <br> ☐ 140 Negotiable Instrument <br> ☐ 150 Recovery of Overpayment & Enforcement of Judgment <br> ☐ 153 Recovery of Overpayment of Veteran's Benefits <br> ☐ 160 Stockholder's Suits <br> ☐ 190 Other Contracts <br> ☐ 195 Contract Product Liability <br> ☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
☐1 Original Proceeding ☐2 Removed from State Court ☐3 Remanded from Appellate Court ☐4 Reinstated or Reopened ☐5 Transferred from another district (specify) ☐ Multi district Litigation ☐7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
42 USC 2000

**VII. REQUESTED IN COMPLAINT** CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐   DEMAND $ 0   Check YES only if demanded in complaint JURY DEMAND: ☐ YES ☒ NO

**VIII. RELATED CASE(S) IF ANY** (See instruction) ☒ YES ☐ NO   If yes, please complete related case form.

DATE 11.14.06   SIGNATURE OF ATTORNEY OF RECORD

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.  CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

Yahoo! Mail - ygmichaels@yahoo.com

Yahoo! | My Yahoo! | Mail | Tutorials | More

**YAHOO! MAIL**

Welcome, ygmichaels  Sign Out | Help

Search:

Mail Plus

Mail For Mobile - Mail Upgrades - Options

Check Mail   Compose

| Mail Plus ▾ | Addresses ▾ | Calendar ▾ | Notepad ▾ | | Printable View |

Folders        [Add - Edit]

Inbox (6)

Draft
Sent            [Empty]
Bulk            [Empty]
Trash           [Empty]

My Folders      [Show]

Search Shortcuts
My Photos
My Attachments

Previous | Next | Back to Messages

This message is not flagged. [ Flag Message - Mark as Unread ]

Subject: Settlement
Date: Tue, 24 Oct 2006 15:15:36 -0400
From: "Gunning, Kathleen" <KGunning@FDIC.gov>    View Contact Details    Add Mobile Alert
To: ygmichaels@yahoo.com
CC: "Lamoreaux, Tina A." <TLamoreaux@FDIC.gov>

Ms. Gibson-Michaels-

In our telephone conversation today, you indicated that you might be interested in a global settlement of all your claims against the FDIC. I spoke with Tina Lamoreaux and she indicated that she presently has no delegated authority to settle these claims. If you wish to enter into settlement discussions, however, she indicated that you should forward any settlement offer to her in writing.

In addition, you stated that you might be retaining legal counsel over the weekend. If you do hire an attorney, please let us know his or her name, address and telephone number so that we might communicate with them. Thanks.

Kathy Gunning

Kathleen V. Gunning
Counsel, Appellate Litigation Unit

Yahoo! Mail - ygmichaels@yahoo.com

Page 1 of 3

Yahoo! | My Yahoo! | Mail | Tutorials | More

# YAHOO! MAIL

Welcome, **ygmichaels** Sign Out | Help

Search:

Mail For Mobile - Mail Upgrades - Options

| Check Mail | Compose |

| Mail Plus ▾ | Addresses ▾ | Calendar ▾ | Notepad ▾ |

**Folders**                                        [Add - Edit]

- Inbox (5)
- Draft
- Sent
- Bulk          [Empty]
- Trash          [Empty]

**My Folders**          [Show]

**Search Shortcuts**

- My Photos
- My Attachments

Printable View

Previous | Next | Back to Messages

| Delete | Reply ▾ | Forward ▾ | Spam | Move ▾ |

This message is not flagged. [ Flag Message - Mark as Unread ]

**Subject:** RE: Gibson-Michaels v. Shelia C. Bair et al., Case No. 1:06CV01940-RMU

**Date:** Thu, 14 Dec 2006 12:53:40 -0500

**From:** "Lamoreaux, Tina A" <TLamoreaux@FDIC.gov>    📇 View Contact Details    📇 Add Mobile Alert

**To:** "Yolanda Gibson-Michaels" <ygmichaels@yahoo.com>

Dear Ms. Gibson-Michaels:

After I received your email, I spoke with Kathy Gunning. Neither she nor I have received any settlement offer from you, global or as to any other matter filed against the Agency.

Again, I would ask you to please let me know whether you will consent to a motion to dismiss all claims against Robert Feldman as Executive Secretary of the FDIC. Although you have named him as a defendant in the District Court case referenced above, none of the allegations in your complaint involve the Executive Secretary and as you acknowledge at the top of page 3 of your complaint, the Chairman is the only proper party defendant in this action.

Please also notify me immediately if you have retained counsel to represent you in the District Court case. If you have, I can not communicate with you directly and must instead speak to your attorney.

**From:** Yolanda Gibson-Michaels [mailto:ygmichaels@yahoo.com]
**Sent:** Wednesday, December 13, 2006 4:37 PM
**To:** Lamoreaux, Tina A.

Yahoo! Mail - ygmichaels@yahoo.com

Page 2 of 3

**Cc:** Gunning, Kathleen
**Subject:** Re: Gibson-Michaels v.Sheila C. Bair et al., Case No. 1:06CV01940-RMU

Ms. Lamoreaux/Gunning,

I have agreed to enter into a Global Settlement with the FDIC of all claims by email with Kathleen Gunning dated October 24, 2006. I have retained counsel to represent my interest of a Global Settlement of all claims to and including claims against Securiguard/USEC Corporation et.al., If the FDIC contends that I will not return to the FDIC.

The agency will also compensate future earnings in exchange of my not returning to the FDIC. Compensation for claims I filed on behalf of my son (Autistic with a Seizure Disorder) against the FDIC in violations of my son's Privacy Rights by a 3rd party to and including violations of my Father's privacy rights by a 3rd party (Douglas Fahey). You will be notified by Counsel. Thank you.

*"Lamoreaux, Tina A"* <TLamoreaux@FDIC.gov> wrote:

Dear Ms. Gibson-Michaels:

In the above referenced complaint you named Robert Feldman, the Executive Secretary of the FDIC as a defendant. I am writing to request that you dismiss all claims against Mr. Feldman since none of the allegations in your complaint involve the Executive Secretary and as you acknowledge at the top of page 3 of your complaint the Chairman is the only proper party defendant in an action based on allegedly discriminatory employment practices. See e.g. Jarrell v. U.S. Postal Service, 753 F. 2d 1088, 1091 (D.C. Cir. 1985) (the head of the agency is the only proper defendant in a Title VII action); Honeycutt v. Long, 861 F.2d 1346, 1349 (5th Cir. 1989); Romein v. Sheer, 799 F.2d 1416, 1418 (9th Cir. 1986); McGuinness v. U.S. Postal Service, 744 F. 2d 1318, 1322 (7th Cir. 1984) (the exclusive remedy for a claim that a federal agency discriminated against a handicapped employee is a suit against the agency's head.); Ellis v. U.S. Postal Service, 784 F.2d 835 (7th Cir. 1986).
If you consent to dismissing Mr. Feldman I will prepare a consent motion to submit to the court. Thank you for your consideration of this request, please email me your response.

http://us.f382.mail.yahoo.com/ym/ShowLetter?MsgId=2883_0_83063_1841_4236_0_220499_15802_43715384l_oSOhYn4U...  3/17/2007

Yahoo! Mail - ygmichaels@yahoo.com

Yahoo! | My Yahoo! | Mail | Tutorials | More

**YAHOO! MAIL**

Welcome, ygmichaels Sign Out | Help

Search: [ ]

Mail For Mobile - Mail Upgrades - Options

Mail Plus ▾   Addresses ▾   Calendar ▾   Notepad ▾

Printable View

**Folders**  [Add - Edit]
Inbox (6)
Draft
Sent
Bulk    [Empty]
Trash   [Empty]
My Folders   [Show]

**Search Shortcuts**
My Photos
My Attachments

Previous | Next | Back to Messages

This message is not flagged. [ Flag Message - Mark as Unread ]

**From:**  "Sandra Hudson" <shudson@roselawyers.com>   📇 View Contact Details   📱 Add Mobile Alert
**To:**    "Yolanda Gibson-Michaels" <ygmichaels@yahoo.com>
**Subject:** RE: Gibson-Michaels v.Shells C. Blair et al., Case No. 1:06CV01940-RMU
**Date:**  Fri, 15 Dec 2006 10:05:32 -0500

I received your retainer agreement today by fax.  Thank you.

Sandra L. Hudson
Rose & Rose, P.C.
1320 19th Street, NW
Suite 601
Washington, DC 20036
202-331-8555
1-800-666-5298

-----Original Message-----
From: Yolanda Gibson-Michaels [mailto:ygmichaels@yahoo.com]
Sent: Tuesday, December 12, 2006 8:43 PM
To: RoseLawFirm; RoseLawFirm; Sandra RoseRose LawFirm
Subject: Fwd: Gibson-Michaels v.Shells C. Blair et al., Case No. 1:06CV01940-RMU

Yahoo! | My Yahoo! | Mail | Tutorial | More

Welcome, ygmichaels Sign Out | Help

**YAHOO! MAIL**
Yahoo! Mail - ygmichaels@yahoo.com

Search: [_____]

Mail For Mobile - Mail Upgrades - Options

| Mail Plus ▾ | Addresses ▾ | Compose |

[Search Mail] [Search the Web]

**Check Mail**   **Compose**

Folders    [Add - Edit]
Inbox (5)
Draft
Sent                [Empty]
Bulk                [Empty]
Trash               [Show]
My Folders

Search Shortcuts
My Photos
My Attachments

Previous | Next | Back to Messages

[Delete] [Reply ▾] [Forward ▾] [Spam ▾] [Move... ▾]

This message is not flagged. [ Flag Message - Mark as Unread ]

Printable View

From: "David Rose" <DaveR@roselawyers.com>    👤 View Contact Details    📇 Add Mobile Alert

To:    ygmichaels@yahoo.com

Subject: Gibson-Michaels Claims against FDIC; draft letter for your comment

Date:   Tue, 16 Jan 2007 10:00:34 -0500

Ms. Gibson-Michaels
    Please let me know if a letter like the following is o.k, and if not
what
suggestested changes you have.
        Dave Rose

Ms. Lamoreaux:
    Ms. Gibson-Michaels asked me to represent her in negotiations with the
FDIC
concerning her claims against your agency and contractors of same which
are
now pending in serveral district court cases she filed pro se. When we
spoke
briefly last month you asked me to provide youwith an indication of how
the
FDIC could expect her to comply with any agreement that might be made.
    Please forgive my delay in getting back to you on this matter. I have
been
obliged to work on other matters.
    Ms. Michaels is as you know more than 40 years old, and therefore




expets to
settle her ADEA claims under the provisions of the Older Workers part
of
that statute, Sec/ 7(f), 29 U.S. C. 626(f). Under those provisions, a
settlement with her would be expected to provide her a substantial
period of
time to consider the language of any release or waiver of rights that
she
would give up in order to receive the monetary and other benefits of
the
settlement, and would further provide a period of at least 7 days
within
which she may revoked the agreement even after signing it. She and I
are
prepared to offer a settlement in fwhich some significant share of the
monetary settlement would be paid to her after the experlation of that
seven
day period.

Based upon my brief conversation with you, and the volded earlier
settlement agreement and the action taken by the FDIC, we assume that
the
FDIC is not prepared to re-employ Ms. Gibson-Michaels as part of any
agreemen If that is the case, the cash value of the settlement would be
a
large component of the benefits, and in return for the substantial sum
of
money needed to make up for her future loss of income, she would expect
to
give up her right to re-apply to the FDIC for future employment for
five
years.

Please let me know if the FDIC would like to discuss a settlement
along the
lines set forth above; and we can then to negotiate the dollar value of
the
settlement we might be able to reach.




Yahoo! Mail - ygmichaels@yahoo.com

/ / 5 / 2 /

Page 1 of 2

**YAHOO! MAIL**

Yahoo! My Yahoo! Mail

Search:

Welcome, ygmichaels
[Sign Out, My Account]

Mail Home - Mail Tutorials - Help

Mail Plus ▾    Addresses ▾    Calendar ▾    Notepad ▾

Check Mail    Compose

Mail For Mobile - Mail Upgrades - Options

**Folders**    [Add - Edit]

Inbox (36)

Draft
Sent
Bulk        [Empty]
Trash       [Empty]

My Folders   [Show]

**Search Shortcuts**

My Photos
My Attachments

Previous | Next | Back to Messages

Delete    Reply ▾    Forward ▾    Spam ▾    Move... ▾

Search Mail    Search Web

Printable View

This message is not flagged. [ Flag Message - Mark as Unread ]

From:    "David Rose" <DaveR@roselawyers.com>   View Contact Details   🗗 Add Mobile Alert

To:      "Yolanda Gibson-Michaels" <ygmichaels@yahoo.com>

CC:      "Sandra RoseRose LawFirm" <shudson@roselawyers.com>

Subject: RE: FW: Yolanda Gibson-Michaels

Date:    ~~Mon, Jan 29th, 2007 6:53pm PST~~  ✎

Ylonda:
    I spoke with David Eisenstein a few minutes ago and he said that he was working on something concerning settlement and hoped to have it for me just early next week.
    Dave Rose

——Original Message——
From: Yolanda Gibson-Michaels [mailto:ygmichaels@yahoo.com]
Sent: Monday, January 29, 2007 5:52 PM
To: MeredythCohenDOJCivil
Cc: RoseLawFirm; RoseLawFirm; Sandra RoseRose LawFirm
Subject: Fwd: FW: Yolanda Gibson-Michaels

FYI—Please contact either FDIC or Attorney David Rose regarding possible settlement negotiations. I don't know if you would need to be involved regarding settlement negotiations.

Note: forwarded message attached.

http://us.f382.mail.yahoo.com/ym/ShowLetter?MsgId=2110_1674441_16459_1770_1316_0_224044_3208_41327101228&Idx=...    2/20/2007

Yahoo! Mail - ygmichaels@yahoo.com

2/28/07

Yahoo! My Yahoo! Mail                Search:                                    Web Search

# YAHOO! MAIL

Welcome, ygmichaels
[Sign Out, My Account]

Mail Home - Mail Tutorials - Help

Mail Plus ▼ | Addresses ▼ | Calendar ▼ | Notepad ▼          Mail For Mobile - Mail Upgrades - Options

Check Mail | Compose                                Search Mail | Search the Web

Previous | Next | Back to Messages

Delete | Reply ▼ | Forward ▼ | Spam | Move... ▼

This message is not flagged. [ Flag Message - Mark as Unread ]    Printable View

**Subject:** RE: RE: FW: Yolanda Gibson-Michaels
**Date:** Wed, 28 Feb 2007 17:06:26 -0500
**From:** "Whitaker, Claire (USADC)" <Claire.Whitaker@usdoj.gov>    View
Contact Details    Add Mobile Alert
**To:** "Yolanda Gibson-Michaels" <ygmichaels@yahoo.com>

Ms. Gibson-Michaels:

As I understand it, there is nothing on the table concerning settlement at this time.  Do you have a proposal?  If so, please provide me with the proposed terms?  Thank you.

AUSA Claire Whitaker
U.S. Attorney's Office - D.C.
555 4th St., N.W.  Room E-4204
Washington, D.C. 20530
202-514-7137 (o)
202-514-8780 (fax)

---

**From:** Yolanda Gibson-Michaels [mailto:ygmichaels@yahoo.com]
**Sent:** Wednesday, February 28, 2007 4:43 PM
**To:** claire.whitaker.@usdoj.gov; regionald.rowan@usdoj.gov
**Cc:** Cohen, Meredyth (CIV); RoseLawFirm; Sandra RoseRose LawFirm
**Subject:** Fwd: RE: FW: Yolanda Gibson-Michaels

Attorney Whitaker,

The attached proposed discussion for settlement was initially sent to DOJ Attorney Cohen as a courtesy because she had enter her appearance to represent FDIC before the U.S. Federal Appeal Court.

Note: forwarded message attached.

*Yolanda C. Gibson-Michaels*

The HTML graphics in this message have been blocked. [Show HTML

Yahoo! Mail - ygmichaels@yahoo.com

Yahoo! | My Yahoo! | Mail | Tutorials | More

**YAHOO! MAIL**

Welcome, ygmichaels    Sign Out | Help

Mail Plus ▼    Addresses ▼    Calendar ▼    Notepad ▼

Search:

Mail For Mobile - Mail Upgrades - Options

**Folders**    [Add - Edit]

Inbox (8)
Draft
Sent
Bulk        [Empty]
Trash       [Empty]

**My Folders**    [Show]

**Search Shortcuts**

My Photos
My Attachments

Previous | Next | Back to Messages

This message is not flagged. [ Flag Message - Mark as Unread ]

| Date: | Wed, 7 Mar 2007 11:00:15 -0800 (PST) |
| From: | "Yolanda Gibson-Michael" <ygmichaels@yahoo.com>  🏠 Add to Address Book  📱 Add Mobile Alert |
| Subject: | 📎 Proposed Settlement Agreement - Gibson-Michaels v FDIC |
| To: | "RoseLawFirm" <dawn@roselawyers.com>, "RoseLawFirm" <john@roselawyers.com>, "Sandra RoseRose LawFirm" <smudson@roselawyers.com>, "ddjclairewhitaker" <claire.whitaker@usdoj.gov> |

Attorney Rose and US Attorney Claire Whitaker,

Per your request, attached is my propose Global Settlement agreement for review and discussion among yourselfs. Attorne been appointed to negotiated, revise, add, delete, and propose all settlement negotiations on my behalf. I have in good faith over $20 million dollars which is currently before the U.S. District Court pending adjudication in lieu of a final Global agreem FDIC which is beyon reasonable considering the FDICs willful, intentional, and malicious deprivation of my rights. Thank you

Attorney Rose contact information is as follows:

Attorney David Rose
1320 16th Street, NW
Washington, DC.
202-331-8555

Yolanda C. Gibson-Michaels

Attachments

Attachment scanning provided by:

YAHOO! MAIL

Yahoo! | My Yahoo! | Mail | Tutorials | More

Welcome, **ygmichaels** [Sign Out, Help]

Mail For Mobile - Mail Upgrades - Options

**Mail Plus** | Addresses ▾ | Calendar ▾ | Notepad ▾

Search:

Check Mail | Compose

**Folders** [Add - Edit]
- Inbox (8)
- Draft
- Sent
- Bulk [Empty]
- Trash [Empty]
- My Folders [Show]

**Search Shortcuts**
- My Photos
- My Attachments

Previous | Next | Back to Messages

[Printable View]

This message is not flagged. [ Flag Message - Mark as Unread ]

**Date:** Thu, 1 Mar 2007 10:34:13 -0800 (PST)

**From:** "Yolanda Gibson-Michaels" <ygmichaels@yahoo.com>  🖼 Add to Address Book  🖼 Add Mobile Alert

**Subject:** RE: RE: FW: Yolanda Gibson-Michaels

**To:** "Whitaker, Claire (USADC)" <Claire.Whitaker@usdoj.gov>

**CC:** "RoseLawFirm" <dave@roselawyers.com>, "Sandra RoseRose LawFirm" <shutdann@roselawyers.com>

Attorney Claire,

Attorney David Rose has been retained to negotiate a proposed settlement between myself and FDIC. I anticipate having a proposed settlement sent to your attention no later than March 7th upon the review of Attorney Rose.

Attorney Rose is a former 30 year+ DOJ Attorney veteran employee. He has confirmed what we have discussed that "A global, if reached, would only encompass all claims filed against the FDIC. I would be free to pursue claims against named Defendants outside the settlement agreement with the FDIC."

I will also include my interest of prevailing before Magistrate. I don't see a need to meet with you today at 2:00 in lieu of my intent to draft a propose agreement. Thank you and have a great day. Take care.

**"Whitaker, Claire (USADC)" <Claire.Whitaker@usdoj.gov> wrote:**

Ms. Gibson-Michaels:

As I understand it, there is nothing on the table concerning settlement at this time. Do you have a proposal? If so, please provide me with the proposed terms? Thank you.

AUSA Claire Whitaker