UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

YOLANDA C. GIBSON-MICHAELS, :
　:
　　Plaintiff, :
　:
　v. : CASE NO. 1:06CV01938 (RMU)
　:
SECURIGUARD, INC., et al. :
　:
　　Defendants. :

**DEFENDANT SECURIGUARD, INC. AND USEC CORPORATION'S MOTION FOR EXTENSION OF TIME TO FILE A MEET-AND-CONFER STATEMENT AS REQUIRED BY LOCAL CIVIL RULE 16.3**

Defendants Securiguard, Inc. ("Securiguard") and "USEC Corporation"[1] ("USEC") (collectively "the Security Guard Defendants"), by counsel, respectfully inform the Court that, on March 16, 2007, counsel participated in a telephone conference with the *pro se* Plaintiff, Ms. Gibson-Michaels, and an attorney, David Rose, who apparently represents Ms. Gibson-Michaels "for settlement purposes only," to discuss the matters set forth in Local Rule 16.3.[2]

Among the issues discussed at the meet-and-confer conference was that the Security Guard Defendants had a motion to dismiss pending for decision by the Court, and the parties' apparent agreement (at least at that time) that discovery, including initial disclosures, should be stayed until the Court ruled on the motion to dismiss. Additional details of the meet-and-confer conference, and pertinent events subsequent thereto, are

---

[1] USEC's proper name is USEC Service Corporation.

[2] Counsel for the defendants in the related cases of *Gibson-Michaels v. Bair, et al.*, Case No. 1:06CV01940 (RMU), and *Gibson-Michaels v. Fahey, et al*, Case No. 1:06CV01933 (RMU), also participated in the meet-and-confer conference. The Security Guard Defendants are also named as defendants in the former case, but not in the latter case.

discussed in detail in the Defendants' Motion For Extension Of Time To File Their Meet And Confer Statement Required By Local Rule LCvR 16.3 ("the Defendants' Motion"), which has been filed today in the related case of *Gibson-Michaels v. Bair, et al.*, Case No. 1:06CV01940 (RMU) as Docket Number 43. Because the Defendants Motion in that case is equally applicable here, the Security Guard Defendants incorporate the Defendants' Motion, including its exhibits, by reference as if the same had been copied in full herein.

For the reasons set forth in the Defendants' Motion, the Security Guard Defendants request that the Court provide them in the instant case with the same relief requested in the Defendants' Motion filed in *Gibson-Michaels v. Bair, et al.*, Case No. 1:06CV01940 (RMU).

Respectfully submitted,

/s/
Scott D. Helsel (DC Bar No. 455763)
WALTON & ADAMS, P.C.
1924 Isaac Newton Square
Suite 250
Reston, VA 20190
(703) 790-8000 (voice)
(703) 790-8016 (fax)

*Counsel for the Defendants Securiguard, Inc. and USEC Service Corporation*

2

## CERTIFICATE OF SERVICE

I hereby certified that I caused a true and correct copy of this document to be served by ECF for all counsel of record and by first class mail, postage prepaid, on each of the following on this 30th day of March 2007:

Yolanda C. Gibson-Michaels, *Pro Se*
2210 Anvil Lane
Temple Hills, MD 20748

David Rose, Esquire
Rose & Rose
1320 19th Street, NW, Suite 601
Washington, DC 20036-1655

All Defense Counsel of Record in Related Cases (by e-mail only)

_____/s/_____
Scott D. Helsel

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

YOLANDA C. GIBSON-MICHAELS, :
:
   Plaintiff, :
:
v. : CASE NO. 1:06CV01938 (RMU)
:
SHEILA C. BAIR, et al. :
:
   Defendants. :

## ORDER

This matter comes before the Court upon Defendant Securiguard, Inc. And USEC Corporation's Motion For Extension of Time To File A Meet-And-Confer Statement As Required By Local Civil Rule 16.3. After considering the respective positions of the parties, and for good cause shown, this Court hereby GRANTS this motion and ORDERS that the parties will have until ten days after the Court's ruling on the Defendants' Motion to Dismiss, or such further order of the Court, to file a Joint Meet and Confer Report in accordance with Local Civil Rule 16.3.

   Entered this _____ day of _____, 2007.


                                                                      _____
                                                                      Judge, United States District Court