UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

YOLANDA C. GIBSON-MICHAELS,  :
             :
   Plaintiff,      :
             :
   v.         :   CASE NO. 1:06CV01938 (RMU)
             :
SECURIGUARD, INC., et al.    :
             :
   Defendants.     :

### DEFENDANT SECURIGUARD, INC. AND USEC CORPORATION'S REPONSE TO PLAINTIFF'S "MOTION TO STRIKE MEET AND CONFER SCHEDULE MOVE TO REQUEST AND SETTLEMENT CONFERENCE"

Defendants Securiguard, Inc. ("Securiguard") and "USEC Corporation"[1]

("USEC") (collectively "the Security Guard Defendants"), by counsel, responds to the

Plaintiff's "Motion To Strike Meet And Confer Schedule Move To Request And

Settlement Conference" (sic) ("the Plaintiff's Motion"). The Plaintiff has also filed the

same motion in the related case of *Gibson-Michaels v. Bair, et al.*, Case No.

1:06CV01938 (RMU).

The Security Guard Defendants see no benefit for a settlement conference at this

stage of any of the related cases, and therefore oppose the Plaintiff's request for a

settlement conference. To the extent the Plaintiff's Motion is to be understood as her

request to extend deadlines for any further meet-and-confer obligations in the related

cases until all pending dispositive motions have been decided, the Security Guard

Defendants join in that specific request only. The remainder of the Plaintiff's Motion –

indeed, almost all of it – pertains to parties other than the Security Guard Defendants, for

which no further response is necessary.

---

[1] USEC's proper name is USEC Service Corporation.

Respectfully submitted,

_____/s/_____
Scott D. Helsel (DC Bar No. 455763)
WALTON & ADAMS, P.C.
1924 Isaac Newton Square
Suite 250
Reston, VA 20190
(703) 790-8000 (voice)
(703) 790-8016 (fax)

*Counsel for the Defendants Securiguard, Inc.
and USEC Service Corporation*

## CERTIFICATE OF SERVICE

I hereby certified that I caused a true and correct copy of this document to be served by ECF for all counsel of record and by first class mail, postage prepaid, on each of the following on this ____day of April 2007:

Yolanda C. Gibson-Michaels, *Pro Se*
2210 Anvil Lane
Temple Hills, MD 20748

David Rose, Esquire
Rose & Rose
1320 19th Street, NW, Suite 601
Washington, DC 20036-1655

All Defense Counsel of Record in Related Cases (by e-mail only)

_____/s/_____
Scott D. Helsel