IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
APR 2 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| YOLANDA C. GIBSON-MICHAELS ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action: **06CV01938 (RMU)** |
| ) | |
| SECURIGUARD, et.al. ) | |
| Defendants ) | |

## PLAINTIFFS' RESPONSE TO DEFENDANT'S SECURIGUARD, INC, AND USEC CORPORATION'S RESPONSE TO PLAINTIFF'S MOTION TO STRIKE MEET AND CONFER SCHEDULE MOVE TO REQUEST AND SETTLEMENT CONFERENCE

Plaintiff Yolanda C. Gibson-Michaels (prose), response to Defendants Securiguard, Inc. ("Securiguard") and USEC Services Corporation response to Plaintiff's Motion to Strike Meet and Confer Schedule Move to Request Settlement Conference and states the following:

Defendant's **Securiguard** by and through its CEO, Patricia Del Marvil and **USEC Services Corporation** by and through its CEO David Marvil (Tortfessors) knowingly, willfully, intentionally, negligently hired retained, employed an unlicensed contract security guard **Douglas R. Fahey** whom caused Plaintiff irreparable harm, defamation of character, by and through the unlawful interception of Plaintiff's oral communication.

1

USEC Services Corporation and Securiguard contracts require that guards are license, past a background check, fitness and integrity, extensive screening, training, and other requirements prior to the retention and hiring of security guards. Furthermore, the General Services Administration (GSA) confirmed that Securiguard was not approved to hire investigators.

Specifically, Douglas R. Fahey by and through the FDIC EEO Investigator Barry Cohen confirmed by USEC Services Corporation (Prime Contractor) that Douglas Fahey(unlicensed) was not employed by Securiguard (Subcontractor) CEO Patricia Del Marvil and other named Defendant David Marvil USEC Services Corporation, CEO and prime contractor were both negligent to allowed an unlicensed guard to have full access to the Federal Deposit Insurance Corporation's Security Databases, Financial Institution information, databases, engage into illegal interceptions of a United States Federal Employee oral communication in violation of Federally Protected Programs while acting under a color of State, Local and Federal Law.

2

Both Patricia Del Marvil, CEO for Securiguard and David Marvil (relatives) had knowledge since 2004 that Douglas R. Fahey was not employed by; but paid under Securiguard and USEC Services Corporation contracts. But for the negligent hiring, retention, and failure to conduct background checks of employees both Patricia Del Marvil (CEO), Securiguard and David Marvil, CEO, USEC Services Corporation (Tortfessors)(Principals) are both liable to Plaintiff for its willful negligence which caused Plaintiff irreparable harm, damages, loss of benefits, salary, emotional duress, privacy rights violations, interception of oral communications, etc.

**Wherefore**, Patricia del Marvil, CEO Securiguard and David Marvil, CEO USEC Services Corporation Response to Plaintiff remains moot.

Respectfully submitted,

_____
Yolanda C. Gibson-Michaels (prose)
2210 Anvil Lane
Temple Hills, Maryland  20748
(301) 630-5062

## CERTIFICATE OF SERVICE

I herby certify that on this ___26th___ **day of April 2007**, a copy of the foregoing Plaintiff's Response To Securiguard, Inc., and USEC Services Corporation was served upon:

Scott D. Helsel
Walton & Adams,
1924 Isaac Newton Square
Reston, Virginia  20190