UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| YOLANDA C. GIBSON-MICHAELS, | : | | |
| | : | | |
| Plaintiff, | : | Civil Action No.: | 06-1938 (RMU) |
| | : | | |
| v. | : | Documents Nos.: | 5, 6, 13, 18, 19, 23, 24, 25, 26 |
| | : | | |
| SECURIGUARD, INCORPORATED *et al.*, | : | | |
| | : | | |
| Defendants. | : | | |

## ORDER

For the reasons stated in the Memorandum Opinion contemporaneously filed herewith, it is this 4th day of May, 2007,

**ORDERED** that the defendants' motions to dismiss [5, 6] are **GRANTED**; and it is

**FURTHER ORDERED** that the plaintiff's motion to stay [13], motion to appoint counsel [23], motions to strike [18, 19, 24], and motion to permanently suppress evidence [25] are **DENIED** as moot; and it is

**ORDERED** that the defendants' motion for extension of time [26] is **DENIED** as moot; and it is

**FURTHER ORDERED** that the case is **DISMISSED**.

**SO ORDERED**.

/s/
RICARDO M. URBINA
United States District Judge