# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

YOLANDA C. GIBSON-MICHAELS )
        Plaintiff, )
                      )
                      )
        v.            ) Civil Action No.1:06CV-1938 *KMU*
                      )
SECURIGUARD INCORP. et.al.   )
        Defendants      )

## MOTION TO STAY PROCEEDINGS
## TO OBTAIN COUNSEL

Now Comes, Yolanda C. Gibson-Michaels (prose), Plaintiff in the above-titled complaint and files a Motion for Stay these proceedings for 35-days(**calendar**) in order to retain counsel. Plaintiff has conferred with opposing counsel. Plaintiff represents that counsel for Defendant objected to this Motion being granted. Plaintiff filed a motion to vacate Judges Order on May 18, 2007. Therefore, Counsel's objection is moot.

**Wherefore**, Plaintiff requests that this court sign the attached Proposed Order for a 35 day stay of these proceedings.

Respectfully submitted,

_____
Yolanda C. Gibson-Michaels (prose)

1

## CERTIFICATE OF SERVICE

I hereby certify that on this **8thday of June 2007**, a copy of the

foregoing Plaintiffs' Motion to Stay Proceedings for 35-days (calendar) to

obtain counsel was filed and mailed to named defendant:

**Copy to:**

Scott D. Helsel
Walton & Adams,
1924 Isaac Newton Square
Reston, Virginia  20190

2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

YOLANDA C. GIBSON-MICHAELS  )
       Plaintiff,           )
                     )
       v.             ) Civil Action Nos.1:06CV-1938
                     )
SECURIGUARD INCORP. et.al.   )
       Defendants       )

## Order

This cause was brought before the Court on Plaintiff's Motion to Stay

Proceedings for 35-day calendar days.

It is hereby ORDERED AND ADJUDGED, that Plaintiff's Motion is

hereby GRANTED Ordered this____day of June, 2007, in chambers.

          Signed:

          _____
          Judge

**Copy to:**

Scott D. Helsel
Walton & Adams,
1924 Isaac Newton Square
Reston, Virginia  20190

3