UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

__Yolanda C. Gibson-Michaels__
Plaintiff

vs.                                     Civil Action No. 06-1938 (RMU)

__Securiguard Incorporated__
Defendant

## NOTICE OF APPEAL

Notice is hereby given this __7th__ day of __August__, 20__07__, that __Yolanda C. Gibson-Michaels__ hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgement of this Court entered on the __2nd__ day of __August__, 20__07__, in favor of __Securiguard, Incorporated, et. al.__ against said __Motion to Vacate and Stay Proceedings__.

Yolanda Gibson-Michaels
8/7/2007
Attorney or Pro Se Litigant

**RECEIVED**
AUG - 7 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days in the United States or officer or agency is a party)

**CLERK**    Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

Scott D. Helsel
Walton + Adams
1924 Isaac Newton Square
Reston, VA 20190

[USCADC Form _ (Rev. May 2004)]