# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 07-7118**                       **September Term 2007**

06cv01938

**Filed On:** April 29, 2008

Yolanda C. Gibson-Michaels,

    Appellant

    v.

Securiguard, Inc. and USEC Corporation,

    Appellees

**BEFORE:**    Sentelle, Chief Judge, and Henderson and Rogers, Circuit Judges

## O R D E R

    Upon consideration of the motion for summary affirmance, the opposition thereto, the reply, and the lodged sur-reply; the motion for summary reversal (styled "appellants' [sic] motion to reverse and remand trial court omission of jury trial"), and the response thereto; the motion for an evidentiary hearing, the opposition thereto, and the reply; the motion for appointment of special master, and the opposition thereto; the motion to strike appellees' Fed. R. App. P. 26 and D.C. Cir. Rule 26.1 Certification, and the opposition thereto; the motion to remand case to the district court for summary reversal, the letter supplement thereto, and the opposition to the motion to remand, it is

    **ORDERED** that the motion for summary affirmance be granted and the motions for summary reversal denied.  The merits of the parties' positions are so clear as to warrant summary affirmance.  See Taxpayers Watchdog, Inc. v. Stanley, 819 F.2d 294, 297 (D.C. Cir. 1987) (per curiam).  Appellant failed to state a claim based on Title III of the Omnibus Crime Control and Safe Streets Act of 1968, see 18 U.S.C. § 2511(c) (Title III authorizes the interception of wire communications "where ... one of the parties to the communication has given prior consent to such interception"), a claim for defamation, see, e.g., Jankovic v. International Crisis Group, 494 F.3d 1080 (D.C. Cir. 2007), or a claim for negligent hiring, see Burkhart v. WMATA, 112 F.3d 1207 (D.C. Cir. 1997).  It is

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 07-7118**                               **September Term 2007**
                                                            **06cv01938**

      **FURTHER ORDERED** that the remaining motions be dismissed as moot.

      Pursuant to D.C. Circuit Rule 36, this disposition will not be published.  The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc.  See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

<b><u>Per Curiam</u></b>